

UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF WEST VIRGINIA

Complaint

SHERRY A. TULK

2:17-0685

    (PLAINTIFF)

The Democratic National Party, Debbie Wasserman Schultz, Donna Brazile - Interim Chair, Republican National Party, Chairman reunce Priebus, Ohio Democratic Party, Chris Redfern, David Pepper, Lorain County Democratic Party, Anthony Giardini, Thomas Smith, Cuyahoga County Democratic Party, Stuart Garson CCDP Chairman, Elyria Democratic Party, Judy Nedwick, West Virginia Democratic Party, Senator Joe Manchin, Ohio Republican Party, Jane Timken, Speaker of the House/Representative Paul Ryan, Nancy Pelosi, Elizabeth Warren, Ohio Attorney General Mike Dewine, Ohio Atorney General's Office, Governor John Kasich, State of Ohio, Ohio Department of Transportation, Jerry Wray, WV Attorney Genral Patrick Morrisey, WV Attorney General's Office, Governor Earl Ray Tomblin, State of WV, West Virginia Environmental Protection Agency, West Virginia Department of Education, President Barack Obama, The United States Government, The United States Whitehouse, We The People of the United States Whitehouse, Anthony Fox, Department of Transportation, Illinois Representative Rodney Davis, United States Congress, State of Illinios, Candidate for President Ben Carson, Candidate for President Bernie Sanders, Senator Bernie Sanders, Candidate for Senate Ted Strickland, Smartgrowth America, Chris Zimmerman, Geoff Anderson, Governor Chris Christie, State of New Jersey, New Jersey Department of Transportation, Richard T. Hammer, Joseph Bertoni, Appalachian Regional Commission, Earl F. Gohl, All Appalachian Regional & Regional Affiliiates, All State Affiliiates: Ohio, New York, West Virginia, Kentucky, Maryland, Mississippi, Alabama, Georgia, Pennsylvania, South Carolina, North Carolina, Virginia, Tennessee; West Virginia Hub, Strong Mountain Communities, Cleveland State University, Dr. Wendy Kellog, Ned Hill, The Water Alliance, Advocates for a Safe Water System, Karen Ireland, Cathy Tamarack, Kunkel, Paul Harris, The Cleveland Water Alliance, Bryan Stubbs, Akron Global Water Alliance, Maryland Department of Transportation, Larry Hogan, Governor Maryland, Boyd K. Rutherfor, Lt. Governor, Pete K. Rahn, transportation Secretary, The Secretary's Office, State Highway Administration, Maryland Transit Administration, Motor Vehicle Administration, Maryland Port Administration, Maryland Aviation Administraation and the Maryland Transportation Authority, St. Louis Bistate Develpment Auhority, St. Louis, St. Louis Economic Development Partnership, Sheila Sweeney, CEO, Rodney Crim, President, John Nations, Jenny Nixon, St. Louis Tourism, Karlos Ramirez, Joe Reagan, After School Alliance, After School Matters Gift Shop, Northeast Ohio Areawide Coordinating Agency (NOACA), Grace Gallucci, Executuive DirectorStates, Cities, Departments of Transportation, Clevelandn Public Library, Kanawha County Public Library, KPMG, West Virginia Legislature 2015, West Virginia Legislature 2016, West Virginia Legislaature 2017, Governor Elect for West Virginia Jim Justice, Jim Justice for Governor West Virginia, Bill Cole for Governor West Virginia, Hillary Clinton for President, Bill Goodwin for West Virginia Governor, Mary Margaret Layne, Layne Consulting, Inc., Amy

Schuler Goodwin, West Virginia Deputy Secretarry of Commerce/Commisioner of Tourism, Kody Crawford, Coordinator of the Guyandotte Water Trail Alliance, West Virginia Department of Education, Michael J. Martirano, State Superintendent of Schools, Michael I. Green, West Virginia Board of Education, Deloitte, IBM, IBM Blue, Workforce West Virginia, West Virginia Department of Commerce, Russell Fry, Ciy of Charleston WV, Charleston Mayor Danny Jones, Greater Kanawha Valley Foundation, West Virginia Culture Center, Ted Boettner, Microsoft Corporation, Microsoft – All Affiliates, Protect WV & AlNational Museum of Mexican Art, l Affiliates, Idea Marketing, Patricia Lepiani, Maryland Department of Transportation, Larry Hogan, Governor Maryland, Boyd K. Rutherfor, Lt. Governor Pete K. Rahn, Transportation Secretary, State of Maryland, The Greater Chatham Initiative, City of Chicago, AFLCIO, Richard Trumka, Urban Data, Un-Habitat, United Nations, Northeast Ohio Areawide Coordinating Agency (NOACA), Grace Gallucci, Execcutive Director, NATIONAL TRANSPORTATION SAFETY BOARD, The Ohio Association of Regional Councils OARC, WGL Energy, Terry D. McCallister, drian P. Chapman, Parker Hannifin, Ginny Rommetty Chairman, INFORMA LIFE SCIENCES, IMFORMA PLC, ePharma, IBM Watson, Penton, CIO, Dan Muse, Brian Glyn, Soren B. Sorenson, Energy Star, SocialQuant, Michael Kawula, Blue Outdoor, balance.org, AEP – AMERICAN ELECTRIC POWER, Nicholas K. Akins, David M. Feinberg, REAL VISION TELEVISION, Real Vision Group, Kyle Bass, Brian B., Mountaneer TV, Kanawha County Assessor Office, Sallie Robinson-Kanawha County Assessor, bing ads, bingads.mocrosoft.com, Patient Matters, Girls Who Code, The F Bomb Club, Megan McNally, Mark Manson, Stand UP to Bullies, National Museum of Mexican Art, CAMC, CAMC INNOVATION CENTR, Panera/St Louis Bread Company, Ron Shaich, Co-owner, Louis Kane, Co-owner, Bill Moreton, Au Bon Pain Co., Culinaria, Schnucks Culinaria, Schnucks Markets, Todd R. Schnucks, St. Louis Bistate Develpment Auhority, John Nations, President & CEO, The St. Louis Regional Chamber, St. Louis Economic Development Partnership, Sheila Sweeney, Rodney Crim, Karlos Ramirez, Joe Reagan, AFTER SCHOOL ALLIANCE, Jodi Grant, Tiereny Loyd, AFTER SCHOOL MATTERS GIFT SHOP, CLEVELAND PUBLIC LIBRARY, KANAWHA COUNNTY PUBLIC LIBRARIES,

        (DEFENDANTS)

COMPLAINT & INVESTIGATION REQUEST

Ms. Sherry A. Tulk, acting pro se, initially, does hereby present summary complaint, to the Honorable Southern Disdict of West Virginia Court, requesting a thorough investigation of said commplaint, and extension for all document submittals, including the follow-up Brief to the Complaint, service of summons, and all further court documents as required, including but not specific to, answers, motions, memorandums, witness and evidence identification, until said complaint investigation is complete, and specific plaintiff actions and further legal matters regarding the complaint and defendants is more specifically identified, including those defendants as to be pursued in complaint.

Although a summary of each potential defendant to the complaint is provided, the final determinatiion of the requested investigation, may clarify additions, deletions, and currently unknown additional individuals, organizations, entities, in addition to charges and full

legal recourse and direction. Further, a determination of court venue
change may also be identified.

While this request is not typical to the United States District Court
Civil docket, the current situation and unique circummstances warrant
legal action of the same, to ensure a just, and fair outcome for
plaintiff, all involved and impacted. Respectfully.


Sherry A. Tulk
P.O. Box 3921
Charleston, WV 25339
sherrat225@gmail.com
681.205.9839


UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF WEST VIRGINIA


CERTIFICATE OF SERVICE

SHERRY A. TULK, acting pro se, does hereby certify that I served and/or
WILL Serrve a true and correct copy to the defendant's counsel,
representing defendants; NAMES, for ACTIONMOTION, by depositing the same
in the regular United States mail, postage prepaid, sealed in an envelope
and addressed as follows:

Name
STREET
CITY
STATEZIP


REPRESENTING & ON BEHALF OF:

DEFENDANTNAMESATTRYNAMEADRESS


Sherry A. Tulk
P.O. Box 3921
Charleston, WV 25339
sherrat225@gmail.com
681.205.9839

Print: January 14, 2016
Presented: January 16, 2017

Story
Tulk, Sherry A.

Relocation to West Virginia was motivated by my desire for a fresh start. The reason for wanting this was that of ongoing professional and personal experiences of intellectual property theft, defrauding and accompanying life and career impacts and destruction.  This brief story is a summary of that intellectual property (IP) theft and fraud which began in Ohio, and continues to the present, here in West Virginia. Life and career impacts range from reputation, relational, the ability to attain and retain employment, and thus economic impacts. The result was that not only was I hindered of improving my quality of life, (despite my earned degree and becoming highly skilled), but was instead greatly diminished. Since arrival in WV, I have been open and expressive about these experiences, as I pursued professional and personal interests, establishing and working to move my businesses forward, (including networking and navigating the Charleston startup scene), and attempting to start a new life. I also sought legal, and law enforcement assistance regarding intellectual property theft, fraud, etc. It was not long before I began reading of my business concepts in the local newspapers, after pursuing assistance with my startups from various local nonprofits. This expanded to include other concepts developed prior to moving here, and to aspects of my character, life commitments, values, keywords and phrases, , i.e., my identity. The professional strategies and concepts I refer to are from various periods of time, some the result of my own private research and pursuits, some academic, (bachelor and master level) projects, some listed on my resume, some not. Finally, I initiated my first legal action, for infringement July 2015, and am pursuing additional legal recourse for infringement, and many Cease and Desists. This has become an apparent on-going, intentioned fraud of intellectual property and identity theft, ensuing life and employment hindrance, and it appears with intent to undermine pursuit of protection and legal recourse, by ensuring a survival focus.

Also worthy of note, is that I began reviewing, researching and acquainting myself with local and state organizations, government, community agencies, and area of focus. Although farming, agriculture, energy, oil and gas production, manufacturing, technology and water protection were evident in WV; there were not major, state-wide areas of focus. Also, much of

1

the perspectives were typically outdated and stale, coal focused, with limited areas of innovation focus. Primary areas of strength and viability were an arts movement, and isolated pockets of chemical and technology. This began to change as more relevant programming, projects, and views began to emerge. It became apparent the majority was based on, or incorporating my work, research, projects, and my comprehensive or portions of my developed strategies, none of which were prevalent here until a few months after my arrival. Further, over time it became apparent out of state investment had increased with a GOP led crusade for power behind much of the revitalization.

The following is an example of situations which have repeated themselves in various scenarios, (this occurred in my apartment in Charleston, WV, late Fall 2015): I woke up one morning to find a penny laying on the floor next to my air mattress. This prompted me to check my tablet to see if I had inadvertently dropped one of the pennies I keep with it, somehow missing it on the floor the night before. Both pennies were still in the case with my tablet. I then discovered one of my sd cards out of its' hiding place. When I checked it for recent documents, my business board presentation, and this summary, both files were there, but both were blank. This is similar to many experiences since 2009.

There is more than one document, as the pattern continued – and I continued to document. Also worthy of note – is that while I've attempted to present in a concise, consistent manner, due to computer access for various reasons, such  as sabotage of my personal devices – I have not been able to edit as I normally would. Therefore there are issues of presentation, formatting, spelling, and grammar.

2

Tulk, Sherry A.

The Economist
Chris Stibbs, Group Chief Executive
750 Third Ave.
Fifth Floor
NY, NY 10017
Website: www.economist.com
Email:
Phone: 212.541.0500
(Use of many of my ideas into stories, in addition to antagonizing of keyword, slogan. Including a worldview story of Clinton during the election.)

Executive Magazine
Kensie Hamilton Fauber, Editor in Chief
Mark Lamborn, VP Business Development
The Terminal Building
8 Capitol Street, Suite 200
Charleston, WV 25301
Website: www.wvexecutive.com
Email: markwvexecutive@gmail.com
Phone: 304.543.2505
WeW Executive, Sharp Shooters, Class of 2016, 2016 Research & Technology Issue: Politics, Broadband, Infrastructure, Community, Lifestyle. This issue, is full of my intellectual property, (ip), in fact, the focus of Research and Technology, based off me and my work. In addition to articles based on my ip, and individual graduates of the leadership class were credited with various traits, values, beliefs, work, ip, and finally, the edition is peppered full of ads using my ip. To name a few: Ads: St Francis; Babst | Calland, Pullin, Fowler, Flanagan, Brown & Poe, PLLC; WV Division of Rehabilitation Services; Inner Action Media; The Goodwill Prosperity Center; Morgantown Area Economic Partnership; WVU…)

The Health Plan
Website:
Email:
Phone:
(

AARP (& United Healthcare)
Jo Ann Jenkins, CO
Hollis "Terry" Bradwell, III, EVA & Chief Enterprise Strategy & Innovation Officer
Loyd Johnson, Board Chair
Board of Directors, North Carolina
601 E Street, NW
Washington, DC 20049
Website: www.aarp.org
Email:
Phone: 888.687.2277
("REAL Possibilities". Renew – for health tips, info, and wellness, new services promoting services based on "local, community, such as housing, preventive, wellness, healthcare. And now with a wellness Ambassador. Better brain health.)

Dishonored2
ZeniMax Media, Inc.

1

Tulk, Sherry A.

All Affiliates
Bethesda Softworks LLC
All Affiliates
1370 Piccard Drive
Rockville, MD 20850
Website: https://bethesda.net
Email:
Phone:
(Based on overall theme of my decade of experience, even promotes; "Take Back What's
Yours".)

Amazon
Jeff Bezos
410 Terry Ave. North
Seattle, WA 98109
Website: www.amazon.com
Email:
Phone: 206.266.1000
(Now also using "one-click" settings, of my patent.)

The Charleston Gazette-Mail
Jim Heady
1100 Virginia Str, E
Charleston, WV 25301
Website: www.wvgazettemail.com
Email: jim.heady@cnpapers.com
Phone: 304.348.4804
Fax: 304.343.5879
(On Tuesday, November 1, 2016, announced and promoted their Advertising Innovations
Workshop, beacon advertising, a LOCATION & MOBILE TARGETED ADVERTISING agenda,
including political advertising, to Advertising Directors. Based on MY PATENT, partnering with
WV Press Association.)


WV Press Association
Don Smith, Executive Director
1100 Virginia Str, E
Charleston, WV 25301
Website: www.wvpress.org
Email: donsmith@wvpress.org
Phone: 304.342.1011, Ext 1011
Fax: 304.343.5879
 (On Tuesday, November 1, 2016, announced and promoted their Advertising Innovations
Workshop, beacon advertising, a LOCATION & MOBILE TARGETED ADVERTISING agenda,
including political advertising, to Advertising Directors. Based on MY PATENT, partnering with
Charleston Gazette-Mail.)

United Healthcare

Website: www.uhc.com
Email:

2

Tulk, Sherry A.

Phone:
(Working with AARP, medicare, medicaid, for on health and wellness of health initiative, and using value-added.)

First Quote Health
Healthy Life Market, Drug Emporium
1603 Kanawha Blvd., W
Charleston, WV 25387
Website: www.healthymarket.com
Email:
Phone: 304.352.5765 (304.345.5921)
("…West Virginia owned and operated...locally owned and operated…Get a Personalized Vitamin Recommendation Based on You!

Health Markets
Health Markets, Inc.
Health Markets Insurance Agency
Mid-West National Life Insurance Company of Tennessee
Health Markets Insurance Company
SureBridge, The Chesapeake Life Insurance Company
Kenneth J. Fasola, President & CEO
9151 Boulevard 26
North Richland Hills, TX 76180
Website: www.healthmarkets.com
Email:
Phone: 817.255.3100
(is now about prevention and wellness health, and financial, and partnering provision of Healthcare And insurance and now small business focus.)

Thrive Market
Gunnar Lovelace, co-founder, co-ceo
Nicholas Green, co-founder, co-ceo
4509 Glencoe Avenue
Marina del Ray, CA 90292
Website: https://thrivemarket.com
Email: help@thrivemarket.com
Phone: 866.419.2174
(The primary mission is based on aspects of My City Health Initiative, "healthy living", other strategies I've developed are also incorporated into this new business. First Thrive Market introduces their primary basis, which also incorporates my low income philosophy "…we believe that healthy living should be easy and affordable for everyone and shouldn't depend on geography, income level, or any other barrier…..all I was us make good on our social mission. Expanding access to healthy in living isn't just a business MODEL (I'VE USED IN REGARD TO 2 STRATEGIES, THEORY HEALTH INITIATIVE, & MY PATENT) – at Thrive Market, it's at the core of everything we do. So every time a new member joins, we donate a free Thrive Market membership to a low-income family. It's a win-win that let's all of us thrive together….Thrive Market is the simple solution that empowers us all to live well, do good, and thrive together. And: "For the first time ever, organic and NON-TOXIC products are available…" And new developed an app to address chronic issues.)

Humana

3

Tulk, Sherry A.

Website: HumanaAnswers.com
Email:
Phone: 877.258.8161
(More or better coverage for money, (efficiency), and health and wellness focus, of city health initiative.) Living better with medicare.

ZMM Architects & Engineers
222 Lee Street West
Charleston, WV 25302
Website: www.zmm.com
Email:
Phone: 304.342.0159
(Sustainable & INTEGRATED)

Sprint
Sprint Corporation
Marcelo Claure, CEO
Kevin Crull, President, Central Area
Jan Geldmacher, President Sprint Business
6391 Sprint Parkway
Overland Park, KS 66251-4300
Website: https://sprint.com
Email:
Phone:
(Business focus. Now available for small businesses. Freedom. Use of Ethics and team focus: RESPECT. Obsess. Excel. Focus. Believe. Win. We help people get better every day. Sprint now is on the mission that unites us, the vision of what we inspire to be and the values that guide how we work. It's the clear STRATEGY, the PLAN and goals that align each member of our team.)

State Farm Insurance
State Farm Mutual Automobile Insurance Company
Michael L. Tipsord
One State Farm Plaza
Bloomington, IL 61710
Website: www.statefarm.com
Email:
Phone:
(New approach to insurance: there to help life go right". This is the underlying mission of my City Health Initiative. An individual and community health strategy of prevention and wellness, as a primary goal and process, versus one primarily focused on curing acute and chronic illness and disease. The end result is one of improving wellness via prevention of acute and chronic disease on an individual and community basis. This aspect of the new approach to healthcare is transferred by State Farm to their insurance philosophy of accident prevention and life aiding versus after accident response and service.

Blue Outdoor
Evan Seigerman, President
Joe Retaleato, Vice President & Creative Director
419 Park Avenue South, Suite 605
New York, NY 10016

4

Tulk, Sherry A.

Website:
Email:
Phone:
(Blue Outdoor was founded in February 2006 as a fresh and innovative outdoor media company focused on outdoor advertising. Our goal is to generate revenue for our partners…(Reads as various keywords and strategies I've used, for example, FRESH, innovative, and in my initial business plan, "goal to generate revenue" "partner", "target", and finally, outdoor and indoor signage is an integral part of my business strategy, in addition to online. And, use of written dot com, as I have in emails established for my business board which I lost access to after my personal hidden documents were accessed. Also, I do not doubt advertising here in Charleston Town Center, where I was sure to see, was no coincidence. And final OK, the phrase Outdoor Advertising At Its Best", is one I used to promote my business board strategy on twitter, as; "Innovation at its best", Spring/Summer 2016. And the founder stated he "created" Blue Outdoor, anther of my statements regarding my strategies.)

Doug Reynolds
Doug Reynolds for Attorney General
Website: www.dougreynolds.org
Email:
Phone:
("…strong business background…hold accountable…". )

Cory Palumbo
Palumbo for WV Senate
State Capitol Complex
Building 1, Room 209W
Charleston, WV 25305
Website: coreypalumbowv.com
Email: corey.palumbo@wvsenate.gov
Phone: 304.357.7854
("INDEPENDENT" leader)

Patrick Morrissey
Patrick Morrissey for West Virginia
PO Box 820
Charles Town, WV 25414
Website: patrickmorrisey.com
Email: info@patrickmorriesy.com
Phone: 304.844.9898
(after I expressed to a sent tool, "do you need help", "Matt", as I sat resting, of my intent when not in such a dire, time-demanding, situation, that I had related experiences I wanted to express, which I believe would be helpful in the drug epidemic resolution process. The experience is specific to my purposed intent of avoiding even the possibility of drug addiction while on narcotic pain medication and muscle relaxers, after suffering an extremely painful injury. Within a week, Morrissey was proposing my approach as a new program. And now "leading one of the most Aggressive (my effort 'COMPREHENSIVE' (everybody now has a Comprehensive… since my use of, as have many for last decade. Additionally, partnered with Ohio AG, for Taking Back Our Communities conference, a faith-based initiative to tackle the substance abuse crisis with a grassroots approach…In May 2016 announced a COMPREHENSIVE BEST PRACTICES INITIATIVE" (name based on combo of three separate of mine)…and a "partnering program to "educate" on opioid risks…address the substance abuse

5

Tulk, Sherry A.

epidemic from a supply, demand, and educational perspective…" (ALSO MINE). ; MINE. Focus on and Commitment to businesses, even using an old phrase, but often used since used in my patent, "level the WV playing field" for businesses, and to CREATE, "improving the states business climate and advancing policies that create jobs, focus on seniors, restoring integrity to the office, "efficiency".)

Clay _
Clay _ Consultant
Website:
Email:
Phone:
(

Ted Strickland
Ted Strickland for Senate
PO Box 2196
Columbus, OH 43216
Campaign Office
15 N. 4th Street
Columbus, OH 43215
Website: www.tedstrickland.com
Email:
Phone:
("value your community, just like I value every community in the state…";  personalized story, including challenges to create connection, (idea from me, and is Who I am), veterans, values, "fight for"; doing candidacy speeches using my: "If profess for people, yet benefit off their back".)

Glenn Jeffries
Glenn Jeffries for State Senate
190 Labrador Lane
Red House, WV 25168
Website: www.glennjeffries.com
Email:
Phone:
(agenda promoting himself based on what he does, (builder), for characteristics and skills, focus on education, economy, and drug epidemic, using data (center for disease control), and particularly, "this is not what WV should be known for". And POWERED by people like you.")

Jim Justice,
Justice for Governor
P.O. Box 40027
Charleston, WV25364
Website: justiceforwv.com
Email:
Phone: 304.926.0303
(Big Ideas, Justice for all, while based on last name, also my focus of justice. "one of most unique I've met in my life, (has been said to, and of, me.). Job focus, and that based on New Chemical Uses for Coal: my other company – green chemical company. And "'Market' that strength" – other company is a marketing business and "STRENGTH" key to promoting slogan. New market focus, mine and what I do. "Marketing Strategy" more from my business including

6

Tulk, Sherry A.

the phrase. TOURISM –A HUGE PROJECT OF MINE, Economics of. And more – just repurposed, ie, rewrote strategies I've developed, such as education. And then are my statements regarding West Virginia being at the bottom of fifty states in most numbers, which I've questioned if why compelled to be  so dirty, realizing I get it and are now turning around off my strategies, ideas, etc.) Look at assets and strengths….sweep accounts, dive into books to determine a sweep make cuts wher can. and bring REAL money in….if you have to have a bridge loan, and Australian Timber Subsidies…, not about taxes, increase, reduce. Bring back coall.

Clinton: (in keeping with same pattern, using my Visioning, as from my resume, is on her website as, her Vision"; referred to her as "reasonable, (after realized I am, continuing antagonizing of crediting my trait/ip to another, particularly to Clinton, as I've stood up against for keyword use, and agenda); first speech: power, ; second speech: Comprehensive Energy agenda- 2 things use of "Comprehensive" and energy focus, intentional use of "bullying" (after setups and lies by frauds in NEO, third speech: Comprehensive immigration plan, small businesses, middle income focused, bottoms up,middle-out-economics, (what economists call middle-out-economics: another from me), tax those highest, to pay their share, ),

Bill Cole, for Governor
P. O. Box 11481
Charleston, WV 25339
Website: www.billcolewv.com
Email:
Phone:
(Diverse, regional economy; "Yes, IT'S TIME TO DIVERSIFY OUR ECONOMY, BUT…".)  Only move forward with programming unless is proven. Using my slogan theme: "West Virginia Proud, West Virginia 'STRONG'")

Mike Pushkin
Mike Pushkin for House
(Charles E. Boll II, Treasurer)
411-B Randolph St
Charleston, WV 25302
Website:
Email:
Phone:
(Campaign based on what observed via monitoring as democrats have been for a decade: "Still one of us. Still fighting for us". "smart investment" for public ed. Drugs. "a local guy who's out in our community listening and learning about the issues that affect our families." (WHAT I HAVE ALWAYS DONE AUTOMATICALLY TO MAKE A DIFFERENCE – NOT WIN AN ELECTION! ) "…TOLD US HE WAS A DIFF R RENT KIND OF CANDIDATE…AND HE'S AND DIFFERENT KIND OF LEADER…LISTEN TO HIS NEIGHBORS…" WHAT I HAVE STRIVED FOR & PROFESSED OF MYSELF SINCE A TEEN, ANOTHER USED & GOTTEN FROM ILLEGAL MONITORING & APPLICATION TO CANDIDATE FOR WIN!)


SBA,  (The United States Small Business Administration)
All Affiliates
MariaCondreras-Sweet, SBA Administrator
U.S. Small Business Administration
409 3ʳᵈ St, SW

7

Washington, DC 20416
Website: www.sba.gov
Email:
Phone:
(Latest: digital and local engagement. Also revamped website, based on similar simplistic design, with a reformatted greyed background, as WV State did. Began incorporating such programs as "women and minority and veteran owned businesses", after my ip fraud ed regarding. Have received numerous emails from the SBA based directly on my ip, or incorporated into their work. A recent example, is an email for a workshop series, partnering with Microsoft. The first topic was of that I'd just written the day before ▮. Experiences such as this have repeatedly occurred since first registering to receive email updates, (and prior experiences with other organizations I registered with since earned my bachelor degree, Women's Equality Day History blog post. Since my marketing business, started focus on local, just as after made two statements that needed to aide medium and small businesses with opportunity to export, started a global focus.) )

Content Marketing
Joe Pulizzi?

Cleveland, OH _
Wbsite:
Email:
Phone:
(Use of orange,


Social Quant
Self Employ King
Mike Kawula?
500 Kennedy Boulevard, Suite 801
Tampa, FL 33602
Website: https://www.socialquant.net
Email: info@socialquant.net
Phone: 844.738.9338
(


Growth Hackers
Conrad Wadowski?
Website: https://growthhackers.com
Email: support@growthvhackers.com
Phone:
(Continually use my slogans, keywords and ideas in tweets and articles)


Indix
ix.
Sanjay Pathasarathy
818 Stewart St., Suite 910
Seattle, WA 9810
Website:

Email:
Phone: 206.743.9100
(again now using my "creativity comes from the people" and more recent posts of "culture": "Culture is the best way to create". This post just after talking with two clerks about being creative – No Coincidence – Thursday, October 6, 2016, approximately 4:30pm, tweet by India at 5:09pm, mention @SanjayaPay and @Apigees,#AdaptorDie & #DigitalKnowaHow. Complete bull and stalking, hounding and fraud – use my words, strategies, and twist against me while benefiting off me and mine, while impose jump through hoops on me, and taunt of my work others benefiting from I DID NOT GIVE THEM. The business is a repurposed model of my copyright and patent pending strategy, which business board is based on, specific to products, as proposed by indix.: "Using Indix Data-as-a-Service (DaaS) businesses and developers can easily access the world's largest collection of structured product information….and quality of product information needed to improve decisions on product assortment and pricing as well as POWER THE NEXT GENERATION OF DIGITAL COMMERCE. Search and Identify SPECIFIC PRODUCTS…Improve how your customers discover, search for, and identify specific products. …About: "At Indix, we're building the world's first Product Information Marketplace, the single largest source of COMPREHENSIVE STRUCTURED product information. Using the WEB AND PARTNER SITES, we collect dynamic product data…Through data science and machine learning, we cleanse and structure the data to make it more readily available to businesses…it's more than just having the most COMPREHENSIVE PRO DUCT INFORMATION OUT THERE. IT'S ABOUT ENABLING OUR CUSTOMERS TO MAKE BETTER DECISIONS, DRIVE INNOVATION, AND CREATE NEW MODELS OF COMMERCE…SIMPLE.STYLESHEET MISSION. (ALL OF THIS ABOUT IS MY STRATEGY & REPEAT OF MY ORGANIZING, MODEL CREATING, WITH MMY PROTECTED BUSINESS MARKETING STRATEGY, INCORPORATED INTO THEIR BUSINESS. "POWER Search…POWER Analytics…POWER Data".)

trendbrews
Website:
Email:
Phone:
("…is a social commerce network connecting shoppers and influencers in an ECOSYSTEM consisting of retailers, brands, boutiques and card networks. They sped their time to market with Indix product information.)

revolabs
Website:
Email:
Phone:
("…is improving their site visitor and channel partner experience by directly pointing people to the best place to buy their innovative hardware. This solution STRENGTHENS THEORY EXPERIENCE FOR BOTH PARTNERS AND CONSUMERS.")

Campaign Monitor:
Ben Richardson, Co-Founder
David Greiner, Co-Founder
Alex Bard, CEO
Sydney, Australia/San Francisco, CA
Website: www.campaignmonitor.com
Email:
Phone:

Tulk, Sherry A.

(Another one using my "personalization, and powerful since my blog. "Turn customers into loyal fans with personalized email campaigns…We offer easy-to-use  (as in my ease of b use?) to help drive REAL, BOTTOM LINE (prior writing), business results. GET PERSONAL…BUILD BIG..to create BEAUTIFUL EMAIL TEMPLATES. My HELLO WORLD, AS HELLO SAN FRANCISCO and hello.campaignmonitor.com. And, ROI focus – this & others been tweeting about since about two – three months after twitter social media started to promo business board. I applied the ROI of real estate development to a transportation project, and proposed addition potential for use, I will not provide here, for intellectual property protection, and for my intended use as a protected process which I will use for my Planning, Community & Economic Dev Consulting firm, Tulk Enterprises, LLC.)


The Economist, Bloomberg, Wallstreet Journal, National Geographic, Market Watch: all promoting stories of my intellectual property, ideas, slogans, keywords, research, etc.

AT & T
Randall Stephenson, CEO
208 S. Akard St.
Dallas, TX 75202
Website: www.att.com
Email:
Phone: 210.821.4105
(Small business strategy and services; Small/business focus – stepped up business services; "local & global")

Deliotte _
Deloitte LLP
Deloite Digital: check especially after RENEGADE TCT
All Affilliates
Joseph B. Ucuzoglu, Chairman & CEO, Deliotte Touche LLP (202.879.3109)
New York – National Office
30 Rockefeller Plaza
New York, NY 10112-0015
Website:Global: www2.deloitte.com
        U.S.: https://www2.deloitte.com
        U.K.: www2.deloitte.com
Email:
Phone: 212.492.4000
Fax: 212.489.1687
(Expansion and focus in new areas: delivering and changing healthcare utilizing a new model and perspective which pulls from different aspects of my intellectual property and/or work and experience, and incorporates into one strategy: "Blockchain: Opportunities for health care". The proposal on their U.S. website explains; "has the potential to transform health care, placing the patient at the center of the health care ecosystem and increasing the security, privacy, and interoperability of health data. This data could provide a new model for Health information exchanges (HEI) by making electronic medical records efficient, disintermediated, and secure. While it is not a panacea, this new, rapidly evolving field provides fertile ground for experimentation, investment, and proof-of-concept testing."
This and their also recent deloitte digital, including "dreamforce" tech conference, applies my "Efficiency", tech integration, comprehensive, customer focused, approach with my own personal concerns and harping of "security" and "privacy".  The Health care proposal is a direct

10

take from my Health Initiative while the technology/digital is based on my protected intellectual property, new business marketing strategy. Then is the LEED CERT & commitment to greenbuilding, the first step in my City Health Initiative, in 2013, which is just after I completed a summary writing of the Initative, which I gave no one, yet appears to have been taken. This is just another example of the continued passing to top level buddies, my intellectual property and strategies, and undermining of my own success implementing, beyond outright hindering my actual work to accomplish. Furthermore, this is validated by a new excerpt on their website: a "Strengthen Our Community" link, my business marketing copyrighted strategy. Additionally, their original financial services work, is hiring and the job description includes portions which read as if I wrote it, and includes my keywords, and now makes it about innovation – which is also new. Last, my other focus of "history is presented taking viewers all the way back to the 10[th] beginning individual founder, finishing with "We believe in the power of one, what will you do", (of course they do, been taking from One to innovate their company). And just )


Project for Public Spaces
Fred Kent, Executive Director
419 Lafayette Street, Seventh Floor
NY, NY 10003
Website: www.pps.org
Email: info@pps.org, (main info)
Phone: 212.620.5660, (main line)
(This is an organization whose mission I revered, attended a workshop travelling to NYC, to attend, and promoted. While a vision of streets as places was a focus of the organization, I recall beginning research and promoting their vision in 2005 or so, it is insulting and outrageous for MY transportation planning theory, and research, focus, statements and work developing my perspective of Dr. Norman Krumholz's Equity Planning into a planning theory of my own, I'd now incorporated into their vision and mission – although I NEVER GAVE TO PROJECT FOR PUBLIC SPACES. Now even "infrastructure" and RECONNECTING ECONOMY WITH COMMUNITY": YOU DIRTY THIEVING FRAUDS – A NEW FOCUS BASED ON EVERYONE OF MINE!!; bikewalk: BASED ON MY TRANSPOTATION INNOVATION)

Partner with PBS & FHWA: "A clearinghouse for Context Sensitive resources funded by FHWA.

Energy Efficiency of WV
Fairmont WV Residents
Fairmont, WV
Website:
Email:
Phone:
( __)

WGL Energy
Website:
Email:
Phone:
(

Savethefood.com
Website: savethefood.com

Tulk, Sherry A.

(Another one started after my monitoring my habits.  Many of the tips are my practices, such as meal planning prior to shopping, and actually eating leftovers, and I've been very creative in my meal preparations. Finally, observations during a challenging period to meet my basic needs, made the observation of my struggles relevant as a problem, that the problem was prevelant, and that acknowledgement and education, with actionable tactics is t by e greatest tool to com b at not only food waste, but hunger, as a nation, and globally.

WFDRF: Walk for Diabetes: we are the walk     progress few thought possible type   The  The let's take this to the finish type   The type that will Stop at nothing…

Website: walk.jdrf.org
Email:
Phone:
(After discovering fraudulent use of my created strategies, I began making note, and vocal acknowledgement of. This I soon realized, led to a cover of sorts, which consisted of three approaches. The first was a common practice of incorporating into existing programs of an existing program. The second, to repurpose, into a new or existing program. These first two are attempts to cover that are my intellectual property. The third, is an outright arrogant use of by a new entity, or an existing, with no attempt to cover or hide. This organization, as many other existing healthcare, or chronic disease fighting organizations, have been provided and reinvigorated with the collaborative public/private aspect core to the City Health Initiative, and philosophy of wellness and preventativeness, as another core feature, and finally, incorporating both into programming and fundraising. Even if some of these aspects to were already a part of the entity work, they were reinvigorated with the City Health Initiative philosophy of local, and wellness, as opposed to the former focus of Cure.

American Heart Association:
Website:
Email:
Phone:
(Another chronic disease fighting organizations promoting Wellness and prevention, through education, as opposed to just Cure. For example, the _.)


Global Citizen & Global Citizen Festival:
Website:
Email:
Phone:
(spin off the grassroots activism/block watch strategy, applied at the global level, as is black lives matter, and others, including various democratic candidates campaigns.)


Migraine

National

Sustainable Williamson
Williamson Health & Wellness Center
Outreach Office
182 East 2nd Ave.
Williamson, WV 25661

Tulk, Sherry A.

Williamson Health & Innovation Hub
Williamson Health & Wellness Center
And All Affiliate Programs
Dr. Donovan (Dino) Beckett, DO, CEO
184 East 2nd Ave. Suite 201
Williamson, WV 25661

Website: sustainablewilliamson.org
         www.acceleratingapalachia.org
         williamsonhealthwellness.com
Email:
Phone: 304.235.3400 (Sustainable Williamson)
Fax:    304.235.3403 (Sustainable Williamson)
(Sustainable Williamson: "Join the Movement; Sustainable Williamson, a project of Williamson Health & Wellness Center, and the town of Williamson, is a living lab platform working through vibrant, community driven processes to breathe life back into central Appalachia – repurposing my phraseology to cover…. [Our Clinic] Everyone deserves access to COMPREHENSIVE HEALTH services and excellent care…..[Our Outreach – part of title of a position I held] PROVISION PROGRAMS BASED ON ACTIVE LIVING AND HEALTHY LIFESTYLES THEORY COALITION ENCOURAGES ATTENDANCE AND EDUCATION IN THEORY COMMUNITY AS [WELL AS-COMMON OF MINE] INCREASING ACCESS TO HEALTHY FOODS.[OUR NETWORK –A CORE STRATEGY OF THE CITY HEALTHY INITIATIVE] THEORY CASE_HEADER_TEMPLATE NETWORK IS A [PEER-TO PEER – ANOTHER STRATEGY BASED ON PEER TEACHING HEALTH IN LOW INCOME NEIGHBORHOODS ASKED AS A HOW V WOULD YOU QUESTION ON A HANDWRITTEN TEST IN MASTER COURSE] [REGIONAL NETWORK ANOTHER] OF INNOVATORS CULTIVATING NEW I DEAS AND RESOURCES IN CENTRAL APALACHIA  [IN PART VIA MONITORING MY ONGOING WORK & BASED OFF MY ORIGINAL INITIATIVE ARE TAKING CREDIT FOR & IMPLEMENTING] FOR THEORY GROWTH OFHEALTHCOMMUNITIIES-MY CITY HEALTH INITIATIVE!! AS IS THEORY REFERRAL TO "AS A MODEL FOR OTHER COMMUNITIES". THIS ENTIRE AGENDA IS THEORY BASIS OF MY CITY HEALTH INITIATIVE & WHICH HAVE INCORPORATED NEW FROM MY WORK SINCE. INTERESTINGLY THO – I NEVER GAVE THE FINA "COMPREHENSIVE STRATEGY" TO ANYONE. A FEW BITS AND PICS HERE AND THERE. WITH A SUMMARY ON MY RESUME & WHICH DIRTY FRAUDS HAVE IMPLIED VARIOUS EXCUSES FROM NOT LIKING PEOPLE TO SHYNESS TO STOMACHE/DIGESTIVE WHICH IRONICALLY BORN OF TREMENDOUS EXTENSIVE STRESS & WHEN THAT DIDNT WORK – S ABOUT AGED MY FOOD. OUR HUB SERVES AS A REGIONALINCUBATOR FOR EMERGING REGENERATIVE [KIND-OF-LIKE 'REVITALIZING'?"] FOCUSED BUSINESSES. COMPLAINT_REVISED THEORY FRAUD UNTIL STARTED TWEETING OF "ALTERNATIVE ENERGY BY SOME IN APPARENT TYPICAL EXTRACTING/FRAUDULENT ATTEMPT TO GET THOSE IDEAS AWESOME WELL.THEMN INCORPORATE INTO OLDER MATERIAL IN ATTEMPT TO COVER, IE A FORD OF BACKDATING.CONSIIDERING THEORY EXTENT OF MY WRITING STYLE EVIDENT & THE CURRENT HACKING OF THIS AS I WRITE – VALIDATES, PARTICULARLY CHANGING EVERY THE TO THEORY WORD I HAVE NOT WRITTEN ON THIS TABLET & THE EXTENT OF CHANGING ALMOST EVERYOTHER WORD AS I TYPE – MAKING READ AS NO SENSE – NOT TOMENTION THEORY CONTINUALCASE CHANGING. AND THIS EVEN MORE REPREHENSIBLE – AS REPURPOSED REPLICATION OF WHAT I SAY TO DESCRIBE MY STORY OF FRAUD & HELL: "LEARN TO DO COMMON THINGS UNCOMMONLY WELL…". (Tho is the beginning of a George Washington Carver quote)

13

Health & Innovation Center: The entirety of the vision based on My City Health Initiative with more recent Entrepreneurial Small Business focus of my work since.
Health & Wellness Center: Provides a <u>Comprehensive</u> package…", "Williamson <u>Health</u> & <u>Wellness</u> Center is dedicated to building a <u>culture</u> of health through holistic community and clinical interventions in order to stimulate a thriving local economy centered around wellness for the entire population.": This is the core concept of My City Health Initiative! Additionally, )

Affiliate Programs: WILLIAMSONHEALTHWELLNESS.COM; HEALTHYSELFIES.ORG; MINGCOUNTYDIABETESCOALITION.ORG.

(BASED ON TIMELINE OF ANNOUNCEMENTS THEORY ACTUAL PROGRAMMING OF MY IP ETC WAS INCORPORATED INTO AN EXISTING SERVICE OF HEALTHCARE – AND AFTER MY CEASE & DESIST LETTERS & RECORDINGS OF USE, BACKDATING BEGAN TO COVER WHILE SIMULTANOUSLY INCORPORATING ANYTHING NEW I WAS WORKING ON, SUCH AS ENTREPRENEURIAL & BUSINESS, AND ANYTHING ELSE GOT FROM ME SUCH AS MY REFERRAL TO MY SUSTAINABILITY  BASIS FOR HEALTH INITIATIVE & RECENT "CULTURE" STATEMENTS & recent social media programming.)

National Restaurant Association
Website: www.restaurant.org
Email:
Phone:
(Restaurant Innovation Summit)


Freshbooks
Website: Email: Phone:

Internet Retailer
Website: Email: Phone:


RetailWire.com
Website: Email: Phone:


TechCrunch
Website:
Email:
Phone:

Bing Ads
Website:
Email:
Phone:
(

Wix
Website:Wix.com
Email:
Phone:

Tulk, Sherry A.

(Began a small business services & ads, shortly after my website went down, despite my attempts to make the payment and keep it live. _GET MORE DETAIL OF Small Biz SERVICES A DETAIL HERE_)

National Geographic
Website:
Email:
Phone:
(Ancient civilization western market place project,mand other recent ancient civilization and history programs and research.)

Xerox Corporation
United States &/or Other Countries Affiliates
Both Separate Entities
Ursula Burns, Chairman & CO
Carl Icahn, Icahn Capital LP
45 Glover Avenue
Norwalk, CT 06856-4505
Website: www.xerox.com
Email:
Phone: 800.275.9376 (HQs Main)
("The European Urban Transportation Survey: keeping our cities moving", Strategy incorporating my concepts, recent phrases and keywords;  "WORK CAN WORK BETTER";

Icahn Capital LP
Carl Icahn,
Jesse Lynn, Esq.
767 Fifth Avenue, 4th Floor
New York  NY 10153
Website:
Email:
Phone: 212.702.4300
(Xerox split into two separate business services corporations, based on MY IP;)


Compu-Mail
Website:
Email:
Phone:
(Personalization focus – intentional antagonizing tweets about, Thursday, July 21, 2016, approximately 2:30pm)

Socedo
Website:
Email:
Phone:
(Promote using my strategies, slogans, phrases and keywords, from powerful, kick-butt, comprehensive, Strong, etc.)


Internet Retailer

15

Tulk, Sherry A.

Website: https://www.internertretailer.com
Email:
Phone:
(Write and promote, of my strategies others are implementing, and incorporate my concepts, phrases and keywords.)

Total Retail
Website:
Email:
Phone:
("Were creating a digital ecosystem and in the midst of being in the connected revolution" – this is the basis of my copyright and patent pending strategy, (repurposed/rewritten) focus on user/customer, creating an online presence for businesses, connecting businesses to each other and their physical and online community to increase sales/profits, which became a movement in the retail and restaurant industries after I started following on twitter, (apparently making my intentions to build relationships evident by the same stalking hounders, who stalk and hound with intent of ensuring, once again, this happens with another pursuit, while blaming me, such as should have worked on, been faster, etc., despite the real truth of undermining and hindering my efforts, ensuring newest implement, and have been working on, but needed to continue protections, development, and decided to follow to become familiar with industries, and when ready, begin developing relationships with.)

Retail News
Website: Email: Phone:

FP Retail
Website:
Email:
Phone:
(

City of San Diego
Mayor Kevin L. Faulconer
Jan Goldsmith, City Attorney
City Administration Building
202 C Street, 11th Floor
San Diego, CA 92101
Website: https://www.sandiego.gov
Email: kevinfaulconer@sandiego.gov
        cityattorney@sandiego.fgov
Phone: 619.236.6330 (Mayor)
        619.236.5555 (Main)
        619.
(City Health Initiative; Mayors Community & Economic commitment:

CDW Corporation
All National & International Affiliates
Thomas E. Richards, Chairman & CEO
Dennis G. Berger, Senior VP & Chief Coworker Services Officer
Neal J. Campbell, Senior VP & Chief Marketing Officer

16

Tulk, Sherry A.

200 North Milwaukee Avenue
Vernon Hills, IL 60061
Cleveland Office:
6450 Rockside Woods, S
Independence, OH 44131
Website: https://m.cdw.com
Email:
Phone: 847.371.6090
("People Who Get It"; "CDW is a leading provider of IINTEGRATED" for business, government, education, and healthcare"; "Strategic Solutions and Services"; "inclusion driving business")

Logistics Integration Solutions, LIS
44110 Ashburn Village Shopping Plaza, Suite 251
Ashburn, VA 20147
Website: https://lis-staffing.com
Email:
Phone: 571.918.4239
(Providing workforce solutions; About Us: ; Mission Statement: "We are POWERED by INNOVATION and GUIDED BY INTEGRITY. We pride ourselves as being a leader in workforce solutions throughout IT engineering….Consulting let us provide you with the most cost-effective solutions…")

U.S. Surgeon General
U.S. Department of Health & Human Services
Vice Admiral Vivek H. Murthy, M.D., M.B.A., Surgeon General
Tower Building
Plaza Level 1, Room 100
1101 Wooton Parkway
Rockville, MD 20852
Website: www.surgeongeneral.gov
Email:
Phone: 202.205.0143 (Media Requests)
Fax: 240.453.6141
(Community, Individual Health – All Aspects of City Health Initiative+, Anti-smoking, cigarette butts)

Sherrod Brown
801 West Superior Ave., Suite 1400
Cleveland, OH 4415
("STANDing UP' for Ohio's SENIOR; PROTECTing Ohio's AGRICULTURE"; Senator Brown and his staff are here to SERVE THE PEOPLE OF OHIO"; PROPEL OHIO COLLEGIATE LEADERSHIP SUMMIT 2016. And promoting his "help" with federal government, an aspect of my serving and aiding federal government maneuvering. Last since my veteran housing project I tried to get off the ground in Lorain County, Brown is one more politician used or incorporated veteran programming into agenda, policies.)

Chris Johnigan
American Bridge @1st Century
Democratic National Party
Arizona Democratic Party
PA/San Francisco, CA

17

(Here in Charleston WV, in where I hung out, Taylor Bookstore, made a point on more than one occasion, to get me talking, specifically wanted mm you views on dealing with poverty and low-income. This, I'd caught on to, what had become a pattern to get me speaking on an issue, and within a short period, I'd read of programming, agenda, and policy announcement of by government department(s), candidate, elected official(s), community leaders, etc.)

State of Georgia, Macona
John Nathan Deal, Governor
Office of the Governor
Rachel Hart, User Interface Designer
206 Washington Street
Atlanta, GA 30334
Website: https://gov.georgia.gov
        Georgia.gov
Email:
Phone: 404.656.1776
Fax: 404.657.7332
("…working hard to deliver people-focused, customers friendly services to the citizen of Georgia. Before you write us, you may want to take a look at some of the links below. We want to address your concern as quickly and efficiently as possible….")

Georgia Department of Economic Development's Workforce Division
John Nathan Deal, Governor
Chris Carr, Commissioner
Pat Wilson, CEO
75 Fifth Street NW, Suite 845
Atlanta, GA 30308
Website: www.georgia.org
Email:
Phone: 404.962.4005
("Competitive Advantages", "Workforce Innovation & Opportunity Act", (WIOA), "Programs and Initiatives", "Hubell "Incorporated"", "Go Build Georgia Helps Keep Skilled Trades Alive…. By encouraging young people to consider skilled careers, this program aims to improve opportunities for craft tradesmen while preparing more highly-skilled employees for businesses….focuses on 5 industries: manufacturing, industrial construction, transportation, energy a b day telecommunications….facing a shortage of workers. Four year degrees are not the only path to success….hands-on apprenticeship programs a b day technical college courses." "Operation Workforce - "Supporting Georgia's Veterans", "Connect with Us")

Georgia Department of Transportation, GDOT
Matt Cline, General Counsel, Administration Director
Russell McMurry, P.E., Commissioner
One Georgia Center
600 West Peachtree, NW
Atlanta, Georgia 30308
Website: www.dot.ga.gov
        GARoads.org
Email:
Phone: 404.631.1990 (Main)
Fax: 404.631.1844

("TravelSmart….helping you travel smart through our careful planning, hard work, and innovative ideas.", Transportation Funding Act, GAroads.org,_)

Transportation Investment Act
Georgia Department of Transportation
Kelvin Mullins, TIA Administrator
One Georgia Center
600 West Peachtree, NW
Atlanta, GA 30308
Website: www.ga-tia.com
Email: kemullins@dot.ga.gov
        TIA@dot.ga.gov
Phone: 404.631.1675
(Transportation Investment Act; "Your Penny Your Progress" including "25% of funds raised through TIA are returned to each county and city for discretionary local transportation projects?...local communities are benefiting from this unique provision." "Special Districts", "Establishing and implementing this new TIA Project delivery program is an exercise in cooperation, collaboration and communication. GDOT will continue to coordinate with its partner agencies, local governments, the leadership of Regional Commissions, and the Special District Citizens Review Pan r li to achieve efficiency and transparency.")

State of Iowa, Des Moines
Office of the Governor
Terry Brandstad, Governor
Kim Reynolds, Lt. Governor
1007 East Grand Avenue
Desert Moines, Iowa 50319
Website: https://governor.iowa.gov
Email:
Phone: 515.281.5211
("Strong…Flexible…Fast Broadband",

State of Iowa
Department of Transportation
Paul Trombino, III, Iowa DOT Director
800 Lincoln Way
Ames, IA 1140
Website: www.iowadot.gov
Email:
Phone: 515.239.1101
(Website, "…moving people and goods efficiently, effectively, and safely.", "Quality customer service is a critical value…", "Strategic Planning", "Initiatives", "Suljic uses childhood as a Refugee to Build Relationships as Motor Vehicle Officer: It's a rare gift to be able to connect with the customers you serve on a very personal level Suljic's  story begins…", "Safety First – Core Value, safety culture", "…Depending on Culture, Context, and Relationship…" (Message Monday For Feb. 15, 2016…"),  "Culture – Lessons Learned…: "Strategic Planning, Performance Measurement, Culture, and Communication", "Today's topic is the culture.", "Ready Set Build Highlights STEM Careers Opportunities: The State of Iowa has taken an active role in fostering STEM interest in the States youth.", "Planning for the Future of Iowa Transportation System: ….early stages of building a transportation plan t by at looks 30 years in the future.", "Lessons Learned from t b e Strategic Plan Breakout Sessions.", Message Monday

19

– Dec. 28, 2015 – Buckle Up and Smell the Roses.", "Stay Connected and Reach the Ones You Love.", "Doin What You Do – Can it be  Done Better?...Part of the challenge for each of us to make the Iowa DOT smarter, simpler, and customer driven is to look is to at what we do, why we do it, and how we can do it better....improve safety and efficiency…", "Maintenance is key element in Transportation Asset Management Plan; October 9, 2015", "What's Been Happening with the Strategic Plan?; September 9, 2015", Innovative….April 29, 2015…")

State of New Jersey
Chris Christie, Governor
(Partnered with Smart Growth)
Office of the Governor
P.O. Box 001
Trenton, NJ 08625
Website: www.state.nju.us
          www.state.nj.us/governor/
Email:
Phone: 609.292.6000
(Community & Wellness; ShareMYNJ; NJ Mobile apps;  NJ START; Honor NJ's Fallen Heroes; Living History & Encampment?; Jersey Fresh (agricultural industry); NJ Heroes, (another one took off with after I called Aaron Reese Superman. And audacity to include copyright symbol.)

WNYC 93.9 & AM 820
Transportation Nation
Laura R. Walker, President & CEO
New York Public Radio
160 Varick Street, 8th Floor
New York, NY 10013
Website: www.wnyc.org
Email:
Phone: 646.829.4400

State of Maryland
Larry Hogan, Governor
45 Calvert Street
Annapolis, MD 21401
Website:
Email:
Phone: 877.634.6361
(Customer Service Initiative: 1. Strong Service Culture, 2. Improved cs training for employees, 3. New service performance metrics; "building a 'Stronger' city"; "Heroes"; nonpartisan speech of commitment to what's best for residents, not party politics; )

Ohio Department of Transportation, ODOT
Jerry Wray, ODOT Director
1980 West Broad Street
Columbus, OH 43223
Website: www.dot.state.oh.us
Email:
Phone:
(The Ohio App: OHGO App; Taking Care of What We Have; 2015-16 Disparity Study; support employment of veterans in the agency; )

Trump for President
Donald J. Trump, for President, Inc.
Donald Trump, Candidate for President
Website: www.donaldtrump.com
Email:
Phone: 646.736.1779
(REAL- @real ; unorthodox campaign and statements; & slogan "Making America "Great"
Again": 2 points of relevance: 1st: "great" is my go-to positive word; 2nd: The theme is a restated
theory of mine as per a number of years – before anybody was even addressing, we're slipping
as a country, as a 'World Power'. Trumps slogan is a spinoff of that issue I've spoken of on
occasion. These two points validate the hounding to get my ip, etc. Third speech: "if you knew
why didn't you do in your thirty years?", )


Workforce West Virginia
West Virginia Department of Commerce
Russell Fry, Interim Director
West Virginia Department of Commerce
Capitol Complex, Bldg 6, Room 525
Charleston, WV 25305-0311
Web: www.wvcommerce.com
Email: rfry@workforcewv.org
Phone: 304.558.7024, (Director)
        304.558.2234, (WV Commerce)
Fax:    304.558.1159
(Apprenticeship program promotion, veteran focus and priority beyond typical programs recently
started, seemed to be helping me find employment, yet played same conversation innuendo
antagonizing started by _,when I was in, new on-the-job trailing programming, and stepped up
education referrals. _LOOK UP PICS & PROGRAM Fliers_)

Values.com
Foundation for a Better Life
1727 Tremont Pl
Denver, CO 80202
Website: www.values.com
Email: info@values.com
Phone:
(The Foundation for a Better Life creates public service campaigns to communicate the values
that make a difference in our communities. These uplifting messages, utilizing television, movie
theaters, billboards, radio and the Internet, model the benefits of a life lived by positive values.
We believe people are  basically good but sometimes just need a reminder. We also believe
that the positive values we live by are worth more when we pass them on. The goal of The
Foundation for a Better Life is to offer inspirational messages to people everywhere as a
contribution toward promoting good values, good role models and a better life. We choose
values we hope most individuals would find encouraging and relevant." "The Foundation
encourages all of us to step up to a higher level and then to pass on those positive values we
learned. These seemingly small examples of b individuals living values-based lives may not
appear to change the world, but collectively they surely make a difference, and in the process,
help make the world a better place for us all. Developing values and then passing them on to
others is, after all, The Foundation for a Better Life.)

Tulk, Sherry A.

It's on us.org
Not Alone
President Barack Obama
Vice President Joe Biden
1600 Pennsylvania Avenue
Washington, DC 20500
Website: itsonus.org
       www.notalone.gov
       www.whitehouse.gov/lis2many
       Data.gov
Email:
Phone:
(Incorporating my overall model, and ingrained attitude and need for educating and a comprehensive strategy; and more recently, (as my private doc states), "All it takes is a Click", and of course "the most 'Powerful'" and Joe Biden's "call to action" and to "create an environment in which sexual assault is unacceptable and survivors are supported" all you have to do is simply scroll and click…." And more – overall of is an everyone issue. (http://www.romper.com, Danielle Campoamor, Feb 29, 2016).

RAINN
Scott Berkowitz, President Founder, Board
Regan Burke, Chairperson, Board
Cybele Daley, Treasurer, Board
Katherine Miller, Board
Chelsea Bowers, Development Director
Email: chelseab@rainn.org
Rebecca O'Connor, Vice President for Public Policy
1220 L Street NW, Suite 505
Washington, DC 20005
Website: www.rainn.org
Email:
Phone: 800.656.4673 (Help & Resources)
(

U.S Department of Justice
Department of Justice, Bureau of Justice Statistics
Loretta Lynch, U.S. Attorney General
9500 Pennsylvania Avenue, NY
Washington, DC 20530-0001
Website: www.justice.gov
Email:
Phone: 202.514.2000 (Main Switchboard)

University of Texas
The University of Texas at Austin
Main Building  (MAI)
110 Inner Campus Drive
Austin, TX 78705
Gregory L. Fenves, President
Email: president@utexas.edu

Tulk, Sherry A.

Phone: 512.471.1232
Maurie McInnis, Executive Vice President and Provost
Email: provost@utexas.edu
Phone: 512.471.4363
Harrison Keller, Deputy to the President for Strategy and Policy
Office of the President
110 Inner Campus Drive
Stop G3400
Austin, TX 78712-3400
Phone: 512.471.1232
Fax: 512.471.8102
Website: www.utexas.edu
Email:
Phone: 512.471.3434

U.S. Department of Education
John B. King, Secretary of Education
Office of the Secretary
Department of Education Building
400 Maryland Avenue, SW
Washington, DC 20202
Website: www.ed.gov
Email:
Phone:

WV Environmental Council
Bill Price, President
Email: Bill.Price@sierraclub.org
2206 Washington Street, E
Charleston, WV 25311
Website: wvecouncil.org
Email:
Phone:

American Express
Toby Willard
Ken Paukowits
American Express
American Express Financial
Plenti Points program
200 Vesey St. New York, NY 10285
Telephone: (212) 640-2000
Email: partners@plenti.com
(Implementation of my small business, collaborating and connecting strategy. Specifically, the
business-to-business, reciprocity promotion, applied to corporations in a rewards program,
Plentipoints. Due to the logistics of a corporate entity, this is the one way to replicate the smaller
scale local businesses reciprocity aspect of _business board. Additionally, used mulit-bright
colors of unusual linear shape, of which, just prior, I'd used my legal pad to doodle linear shapes
for business cards. Further, the mulit-bright colors is a theme I spoke of using. Also, promoting

23

Tulk, Sherry A.

shop small, local business program, of my copyright, patent pending intellectual property, and business board.)

National Retail Federation, NRF
(POWERED BY AMERICAN EXPRESS)
Vicki Cantrell, SVP, Communities and Executive Director, Shop.org
Matthew Shay, President & CEO, NRF
Phone: 202.626.8195
Artemis Berry, VP, Digital Retail
Phone: 202.626.8118
Sara Greene, Director, Retail Programs
Phone: 202.626.8113
1101 New York Avenue, NW
Washington, DC 20005
Website: https://nrf.co
Email:
Phone: 800.673.4692
         202.783.7971
Fax:    202.737.2849

Imperva
Anthony Bettencourt, President, CEO & Chairman of the Board
Terry Schmid, CFO
3400 Bridge Parkway, Suite 200
Shores, CA 94065
Website: www.imperva.com
Email:
Phone: 650.345.9000
Fax: 650.345.9004

Shop.org
Vicki Cantrell, Executive Director & NRF Senior Vice President
Matthew Shay, President & CEO, NRF
Meyar Sheik, CEO & Co-founder, Certona
April Anderson, Managing Director for Branded Apparel & Durables, Google
Josh Friedman, VP of Digital Commerce J.C. Penney
Alex Miller, Senior VP for Digital Commerce, QVC
Sarah Veit Wallis, General Manager for Lifestyle, Walmart.com
Billy May, Senior VP for Digital, E-commerce & Corporate Development, Abercrombie & Fitch Co.
Byron Colby, Senior VP for Digital Commerce, Cornerstone Brands/HSNi
Nicolas Franchet, Director of Global Vertical Strategy, Facebook
Sucharita Mulpuru, VP & Principal Analyst, Forrester Research
David Brussin, Founder, Chairman & Chief Product Officer, Monetate Inc.
Brad Brown,Senior VP for Digital Retail, Recreational Equipment, Inc.
Kevin Ertell, Senior VP for Digital, Sur La Table Inc.
Elaine Boltz, SVP, eCommerce, The TJX Companies, Inc.
Ivy Chin, SVP eCommerce & Omnichannel Digital, Belk, Inc.
Kasey Lobaugh, Principle – Chief Retail Innovation Officer, Delhi the LLP
Jason Goldberg, ST PAUL Commerce & Content, Razorfish
Milton Pappas, SVP, Chief Digital Officer, New York & Co., Inc.

24

Tulk, Sherry A.

Rob Schmults, SVP, eCommerce & CRM, The Talbots Inc.
Charlie Cole, Chief Digital Officer & VP, Tumitravel
Website: https://nrf.com
Email:
Phone: 800.673.4692
         202.783.7971
Fax:    202.737.2849

Walmart, Sam's Club, Walmart International, Global eCommerce
Doug McMillon, President & CEO Walmart Stores, Inc.
Greg Foran, President & CEO, Walmart U.S.
David Cheesewright, President & CEO, Walmart International
Rosalind Brewer, President & CEO, Sam's Club
Neil M. Ashe, President & CEO, Global eCommerce & Technology
Michael J. Bender, Chief Operating Officer, Global eCommerce
Jamie Iannone, President &CEO, Samsclub.com
Fernando Madeira, President & CEO, Walmart.com
702 S.W. 8th Str.
Bentonville, A
Website: www.walmart.com/
Email:
Phone:
(Digital Marketing-Shop.org; health and wellness: WalmartOne.com)

Certona
Meyar Sheik, CEO & Co-founder
Geoffrey Hueter, Ph.D. CTO & Co-founder
9530 Towne Center Dr., Suite 200
San Diego, CA 92121
Website: www.certona.com
Email: info@certona.com
Phone: 858.369.3888
Certona UK Office
12 Burleigh Street
Covent Garden
London
London
WC2E 7PX
United Kingdom
Phone: +44.845.121.5155 (p)

QVC for Android
Mike George, President & CEO
Larry Hayes, Legal & Compliance
Rob Muller, Customer & Business Services
Mary Campbell, Commerce Platforms
Steve Hofmann, International
Dermot Boyd, UK
Business Offices
1200 Wilson Drive at Studio Park
West Chester, PA 19380

25

Tulk, Sherry A.

Website: www.qvc.com
Email:
Phone: 484.701.8282
CSR:    888.345.5788

JcPenney
Marvin Ellison, President & CEO
Trent Kruse, Investor Relations
Email: jcpinvestorrelations@jcpenney.com
Board Members
Phone: 972.431.5500
6501 Legacy Drive
Plano, Texas 75024
Website: www.jcpenney.com
Email:
Phone: 972.431.1000
("When It Fits You Feel It": a takeoff from my weight strategy; "I go by how my clothes fit, how they feel when I put them on". And my more recent pennies, thoughts and saving of, and I've spoken of doing so. Newest: "Get your Pennies Worth")

Amazon Jeff Bezos, Founder & CO
410 Terry Avenue North
Seattle, WA 98109-5210
Website: www.amazon.com
Email:
Phone: 206.266.1000
(Dash; "1-Click Settings; palm-sized, battery-powered button; app to order goods from Amazon with "one press", directly from patent application.)

Sudden Link
Jerald L. Kent, Chairman and Chief Executive Officer
Kevin A. Stephens, President
Commercial and Advertising Operations
Craig Rosenthal, Senior Vice President,
General Counsel Sudden Link Media
20 Maryville Centre Drive
St. Louis, Missouri 63141
Brent Skinner,
Vice President of Advertising Sales Central Media
Sudden Link Media
1820 South Southwest Loot 323
Tyler, Texas 75701
(Shortly after my patent application, came out with the same strategy utilizing video. This happened despite my attempt to protect my intellectual property – I gave to No one, wrote and applied for a patent. A recent advertisement now b 0romotes)

Lysol
Reckitt Benckiser Group plc, Global Headquarters
Rakesh Kapoor, CO
Amedeo Fasano, EVP Supply
Roberto Funari, EVP, Category Development Organization

26

103-105 Bath Road
Slough
Berkshire
SL1 3UH
Registered in England & Wales, No 6270876
Phone: +44 (0)1753 217800
        +44 (0)1753 217899
Alexander Lacik, President of North America
Morris Corporate Center IV
399 Interspace Parkway
P.O. Box 225
Parsippany, NJ 07054-0225
Website: www.lysol.com/
        www.rb.com
Email:
Phone: 800.228.4722
NJ:     973.404.2600
        973.404.5700
(Looked at Lysol after commercials of "one click" (a line in my patent application) and others of "healthy". Found their website to be full of and relevant to My City Health Initiative": "Lysol has been striving to help families live healthier."; "We have a passion for "health"….We thrive on educating and inspiring people to live healthier."; "Lysol Mission for "Health"…Your family's "health" is important to you, and that's why we've started the Lysol Mission for Health. In homes, schools, and businesses around the world, we're spreading the message that healthy habits lead to happier lives. Whether we're educating parents or lending a hand with disaster relief, we're committed to doing more for health."; "Health Habits Program is all about health at school: educating teachers, parents, and kids on the best ways to keep germs at bay and prevent illness."; "Happiness starts with 'Healthing'"; "one click"; News & Events: "Stay in the know with the latest health and hygiene tips, new product announcements, best health practices, Lysol events, and more. Additionally, a new product includes hydrogen peroxide – too coincidental after research for my other company, Slainte, dba, a Green Chemical Company)

Cigna
Website:
Email:
Phone:
("take control of your health, schedule a Dr appointment, (promo by celebrity doctors.))

Aetna
Mark T. Bertolini, Chairman & CO
Karen S. Lynch, President
Rick M. Jelinek, Executive  VP Humana Integration
Thomas J. Sabatino, Jr., Executive VP & General Counsel
151 Farmington Avenue
Hartford, CT 06156
Website: www.aetna.com
Email:
Phone: 860.273.0123
 (Health, Healthy, partnering w/Med provider, Healthy Cities)

1210 Quarrier Street

Tulk, Sherry A.

Charleston, WV 25301
Website:
Email:
Phone: 304.340.9914

Twitter
Jack Dorsey, CO
Adam Messinger, CO
Vijaya Gadde, General Counsel
Omid Kordestani, Executive Chairman
1355 Market Street
Suite 900
San Francisco, CA 94103
Website: https://twitter.com/
https://about.twitter.com
Email:
Phone: 415.222.9670
(Twitter Dashboard: out or updated shortly after began using social media to promote my crowd funding campaign, focus of small business promoting)

Social Quant, Inc.
Mike Kawula, CEO
501 E. Kennedy Blvd., Suite 801
Tampa, FL 33602
Website: https://www.socialquant.net
Email: info@socialquant.net
Phone: 844.738.9338
(Use of various strategies, slogans, keywords, incorporated into own promotions.)

LocalX Digital Marketers
Gray Television Group, Inc.
Computers are
Hilton Howell, President & CEO
Jason Effinger, EVP, Chief Digital & Technology Officer
Kevin Latek, EVP, Chief Legal & Development Officer
Robert Smith, EVP, Co – Chief Operating Officer
4370 Peachtree Road
Atlanta, GA 30319
Website: www.localxmarketing.com
www.gray.tv
Email: support@localxmarketing.com
Phone: 877.250.1778
Computershare
P.O. Box 43006
Providence, RI 02940-3006
Website: www.computershare.com/investor
Email:
Phone: 888.835.2869

Localytics
Raj Aggaarwal, CEO

28

Tulk, Sherry A.

All Affiliates
201 Post Street, Unit 209/A
San Francisco, CA 94108

2 Center Plaza, 3rd Floor
Boston, MA 02108
2-6 Boundary Row
London, SE1 8HP, UK
EMEA: 44.20.3318.9831

Website: www.localytics.com
Email:
Phone: 800.418.0746

Third Door Media
Chris Elwell, CEO & Partner
DannySullivan, Chief Content Officer & Partner
Sean Moriarty, VP of Sales & Partner
Chris Sherman, VP of Programming & Partner
 279 Newtown Tpke.
Redding, CT 06896
Website: www.thirddoormedia.com
Email:
Phone: 203.664.1350
Mar Tech
Scott Brinker, Conference Chair
Website: martechconf.com
Email:
Phone:
(Entire agenda reads as mine.)


Microsoft Cloud


Marketing Land
Matt McGee, Editor-In-Chief
Website: www.marketingland.com
Email:
Phone:
(Writing and promo of Martech event, written as my work – community focus and business
board marketing strategy)

Search Engine Lane, SEL
Search Marketing Expo, SOX
Social Pro

Startup Grind, Google For Entrepreneurs
John Rampton
2555 Park Boulevard
Palo Alto, CA 94306

29

Tulk, Sherry A.

Website:
Email: sponsors@startupgrind.com
        help@startupgrind.com

Google Inc.
Google for Entrepreneurs
The Alphabet Inc., Unit
Rob Craft, Google Cloud Platform Manager
All Affiliates
Mary Grove, Director
1600 Amphitheatre Parkway
Mountain View, CA 94043
Website: www.googleforentrepreneurs.com
        www.google.com
Email:
Phone: 605.253.0000
Instagram
Kevin Systro, CEO, Co founder
@kevin
Mike Krieger, technical lead, co-founder
@mikeyk
164 South Park Street
San Francisco, CA 94107
(Customer Service, (automatically handle irate customer calls); increase business to business
services, advertising; "efficiency";

Facebook
Mark Zuckerberg
Peter Thiel
MPK 10, 10 Willow Road
1 Hacker Way
Menlo Park, CA 94025
(Again, shortly after I began promoting my crowd funding campaign and business board, dba,
startup – developed an entire new strategy for small business advertising. After I called them
out on social media, moved a strategy forward, but, changed it up._ LOOK FOR DETAILS TO
ADD HERE_ALSO INCLUDE CONTRIBUTORY INFRINGES BELOW_)

Microsoft
Microsoft Cloud
Microsoft Retail
Microsoft Manufacturing
Satya Nadella, CEO
Microsoft in Retail Blog
One Microsoft Way
Redmond, WA 98052-6399
Website: enterprise.microsoft.com
Email:
Phone:
(Small business 2016, retail, restaurant & automotive focus. Recent partnering with SBA,
providing small business training courses, starting with ROI Strategy. Received information
regarding this event and an entire series, the day after I wrote of intellectual property fraud of

my Transportation Innovation Strategy, on the tablet I'm now working on, sitting in the Charleston Town Center Mall. ) Additionally, Microsoft Retail – a new out of Microsoftpartnersolutions.com, after I connected with retail, restaurants, and other business types, including Manufacturing. Now Microsoft, and others are promoting solutions for these industries, as yet again, monitor, and take action based on mine, although the difference being my situation hinders my moving forward, resulting in again, thieving frauds implementing and benefiting off my apparent strategy, while I'm at a standstill due to lack mm of funds for next couple hurdles – RESULTING IN THE SAME FRAUD AND FINANCIAL UNDERMINING, JUST UTILIZING A DIFFERENT METHODOLOGY, AND AS ALWAYS I'M COMING UP SHORT, for the greed, fraud, and ILLEGAL INVASION.)

WeWork Galactic HQ
Miguel McKelvey
115 W. 11th Street, 4th Floor
New York, NY 10011
Website: www.wework.com
Email:
Phone: 877.631.1373
(Started seeing "Work" references after a couple of my references to "My Work", although the date on their site is questionable. Maybe another incorporate into original and/or change mission using my focus.)

ASWS/Clean Water
Website: http://asws-wv.org/
          www.ourwaterwv.org
          archive.ourwaterwv.org
Email: advocatesforasafewatersystem@gmail.com
Cathy Kunjel
Paul R. Sheridan
Karan Ireland
715 Helen Ave.
Charleston, WV 25302
Email: karan.ireland@gmail.com
Phone:
(I presented a Public Private Takeover Strategy to the Infrastructure working group, who, that night was just Kunkel. I told her I believed this need e do to happen, gave a handful of points why, a couple initial first few steps, and that I wanted to b e a part of it. She wrote a summary of this to the entire working group, with documents to start the first outlined phase, and a link for me to join the online conversation. I somehow lost email access for a brief period, and was also working on a crucial stage of my business. I determined I would begin work on the strategy, despite Mayor Daley dismissal, and Kunkel statement. After regaining email access, I discovered the join link had expired, and the working group had moved forward with that first phase, and produced a summary document. When I tried to join, the group was past it, and I had no access. I later, after the first business hurdle, went back to Kunkel and requested resend the email. Stated she'd deleted, and forwarded the documents I requested to base the first outlined phase on. Shortly after, there was a media announcement which Kunkel and cronies proposed the next phase of ASWS; PUBLIC TAKEOVER OF THE PRIVATE WATER System. This led to the start of an entire but separate movement on "Our Water".) Also worthy of note is Kunkel's response, word for word same as those of Wendy Kelloggs' a few years prior, when I wanted to move a sustainable landscaping, and stormwater management project forward on the CSU campus, similar to one developed by a master course project of the same, for a Wendy

Kellogg taught course: "Nobody's interested – there's No Money". Also of interest, Kellogg began this project, and a movement based on My oft stated, "Water is one of our Greatest Natural Resources". Also, regarding Cathy Kunkel – have ensured absolutely No contact information available anywhere, including deleted document on my tablet and usb. Original info found for contact info was Cleveland, Ohio (early wrb search listed or worked for located in Cleveland, Ohio. Most recent  (June 2016 listed as located in WV, but not contact information). It appears the group, knowing there was potential for action, made sure no contact information was available after my contacting the group for handling of my ip. And in fact, the attorney below tried to play intimidator, (as did Karin Ireland, when I attended a ASWS meeting winter 2016, and out in public in general), and other such tactics to discourage any legal action.)
Email:
Phone:

Paul R. Sheridan
Attorney at Law
429 McKinley Ave.
Charleston, WV 25314
West Virginia State Bar Number 3373
Legal Counsel for Advocates for a Safe Water System, Paul Sheridan
Website:
Phone: 304-543-6557
Email: paulsheridan99@yahoo.com

Smart Growth America
Chris Zimmerman
Smart Growth America
1707 L St. NW, Suite 250
Washington, DC  20036
http://www.smartgrowthamerica.org/about/contact-us/
Email: info@smartgrowthamerica.org
Phone:202-207-3355
(New transportation analytic methodology modeled to jurisdiction and location specific determinants and need, and specifically, based on my Transportation Innovation Strategy summary. "Comprehensive", "Strong", __ADD SUMMARY OF FROM DOCUMENTS OF THEIR PROMOTED STRATEGY BASED ON MINE_)  This strategy is an independent work after taking a research finding, I developed as a Public Policy Fellow, to a higher level of analysis – and developed another planning theory, specific to transportation and economic development, to plan for community and economic development and business growth simultaneously . As a Public Policy Fellow, my approach was to utilize cost benefit analysis, taking a more detailed analysis, of that conducted by Ned Hill and another individual, (a grad student assistant I believe).  This start from a summary of findings from the research of public/private services provision, compelled me to further research and analysis on my own, after the Fellowship ended. While I could not put the time into it I wished to, (due to personal and employment and therefore challenging circumstances), I did write a summary article.
A few situations regarding this summary article, and the Health Initiative, are worthy of note. Both summaries were written while I stayed at Valueplace in Avon, Ohio. While there, I experienced a repeat of the past, I stepped out to do laundry on the first floor,

Tulk, Sherry A.

(from the 3rd), while leaving my laptop on the bed, open, and came back to discover someone had been in my room. This occurred just after both were printed in first draft form at the Cleveland State University Western Campus, in Westlake, Ohio. And finally, backtracking to the summer I first applied cost benefit analysis to the data research data I found and compiled. In September 2012, I was sitting in College of Urban Affairs College foyer, on the CSU campus, and the other Public Policy Fellow, hired by Cuyahoga County, and who used my numbers in his hijacking the verbal presentation, with my work, i.e., findings/numbers, entered the building and took the elevator upstairs. I knew he was there to learn how to apply the cost benefit analysis. Due to his evident attitude and work within the team, I knew a couple things; 1st, it was best to hide my work, by using Excels cell option to hide formula contents; 2nd, to keep copies of my work, as their was concern for maintaining ownership, as he and I were both definitely chosen to be in the group together, by the same behind-the-scenes undermining and orchestrating, politics, and he could not be trusted, particularly when he was quickly invited into the inner circle Web of the County Executive, despite not being the top contributor and thinker – just had the bragging of a Harvard bachelor degree.

Shortly after completing, I approached three organizations to publish, providing a one paragraph excerpt, but when I did hear back from the Ohio APA, (asking for the full article to review first-AS IF!!. I informed them I had decided to wait until able to apply my theory through employment in the field. While this Never happened, I was oft emailed and invited to join webinars and/or phone in conversations on transportation related issues, policy changes for proposal, and developing a new strategy for meeting transportation needs and challenges. I intended to not contribute to the two I took part in, due to earlier intellectual property situations of using my IP Elyria politicians, and a creeping sense Not to. In October 2014, I established Tulk Enterprises, LLC, a Planning and Economic Development firm, and as I referred to, an umbrella organization to two dba's. This is where I fully intended to apply the strategy, and applicability of the relevant theory. And unfortunately received information of Smart Growth America implementing with partners).

Additionally; other concepts based on my education, projects and or intellectual property, as new focus, projects, agenda, vision, and/or incorporated into existing.)

Cleveland Water Alliance
Bryan Stubbs, Executive Director
1240 Huron Road
Cleveland, OH 44115
Website: www.clevelandwateralliance.org
Email:
Phone: 216.592.2490
( )

ArcelorMittal
24-26, Boulevard d'Avranches
L-1160 Luxembourg
Luxembourg
Website: corporate.arcelormittal.com

Tulk, Sherry A.

Email:
Phone: +352 4792-1
Fax: +352 4792 2675
(This started approximately same timeframe as my involvement with asws. The following are partners/affiliates, some of which promote a sustainable water and storm water management program of their own, such as LCCC. (Although they are one of those who again, backdated to cover, as no existing prior to Summer 2015. No doubt also no coincidence credited to Laura Carisimmi.)

Berkeley Square House
7th Floor
Berkeley Square
London W1J 6th
England
Email:
Phone: +44 20 7629 7988
Fax: +44 20 7629 7993

ArcelorMittal United States
Eric Hauge, President & General Manager
3060 Eggers Ave
Cleveland, OH 44105
Website: usa.arcelormittal.com
Email:
Phone: 216.429.6000

City of Cleveland
Frank Jackson, Mayor of Cleveland
Mayors Office of Sustainability
601 Lakeside Ave, Room 227
Cleveland, OH 44114
Website:
Email: Sustainability@city.cleveland.oh.us
Phone: 216.664.2455
City of Cleveland Office of Sustainability

Sustainable Cleveland Center
23oW Huron Road, Suite 100.31
Cleveland, OH 44113
Website: www.sustainablecleveland.org
EmailSCC@city.cleveland.conm
Phone: 216.420.7595

Avon Lake Regional Water
Todd Danielson, Chief Utilities Executive
Rick R. Eberle, Chief of Utility Operations
Stephen Baytos, IV, Water Pollution Control Center
201 Miller Road
Avon Lake, OH 44012
Website: www.avonlakewater.org

Tulk, Sherry A.

Email:
Phone: 440.933.6226

Water Environment Federation
Board of Trustees, 2015-16
Paul Bowen, President
Rick Warner, P.E., President Elect
Jenny Hartfield, PE, PMP, Vice President
601 Wythe Street
Alexandria, VA 22314-1994
Website: www.wef.org.
            www.weftec.org
            http://training.wef.org/
            www.workforwater.org
            www.worldwatermonitoringday.com
            www.biosolids.org
Email: csc@wef.org
Phone: 800.666.0206
        703.684.2400
(Strategic Plan)

Cleveland Foundation
1422 Euclid Avenue, Suite 1300
Cleveland, OH 44115
Website: www.Clevelandfoundation.org
Email: Hello@ClevFdn.org
Phone: 216.861.3810

Case Western Reserve University
Barbara R. Snyder, President
(Adelbert Hall 216
10900 Euclid Avenue
Cleveland, OH 44106
Website: www.case.edu
            https:/www.case.edupresidentbiosnyderbio.html
Email:
President Email: barbara.snyder@case.edu
Phone: 216.368.2000
President: 216.368.4344
President Fax: 216.368.4325
(Partner)
(CWRU, Cleveland Clinic's New Health Education Campus; CWRU, Cleveland Clinic:
Educational Innovation)

Cleveland Clinic
Toby Cosgrove, MD, CEO & President
9500 Euclid Avenue
Cleveland, OH 44195
Website: my.clevelandclinic.org
Email:
Phone: 888.223.2273

35

Michael Benninger, MD, Chair, Head and Neck Institute
Professor of Surgery at the Cleveland Clinic Lerner College of Medicine of Case Western
Reserve University
Adrienne Boissey, MD, MA, Chief Experience Officer
(And even "The Power of Every One": combination of my ideas; and "comprehensive program to
strengthen physician and provider communication; CWRU, Cleveland Clinic's New Health
Education Campus; CWRU, Cleveland Clinic: Educational Innovation)

Cleveland Metropolis
2325 Elm Avenue
Cleveland, OH 44113
Website: metropolis-cleveland.com
Email:
Phone: 216.241.1444

Lorain County Community College
Marsha Ballinger??, President
Email:
Phone:

Laura Carissimi, Director, Facilities Planning
1005 North Abbe Road
Elyria, Ohio 44035
Email:
Phone:
(As with other above listed, Roman numeral entities, water projects, based in-part, on my
sustainable landscaping and storm water management, begun after my involvement with
advocates for a safe water system, (ASWS). (As we're two landscaping projects here in
Charleston, one public, and one private.) As I have always said, "water is one of our greatest
natural resources"; real estate adjacent to water – most valuable land, and "our bodies are
made up primary of water". While I do not ascertain to be the only to have made such
statements, or to be the first to say, the pattern has been, and continues to be, a hounding of,
monitoring and extracting attempts regarding my thoughts work, and priorities, and then turned
into programming, projects, departments, businesses, and/or incorporated into existing, and
always without my consent, approval, and at my expense, i.e., no credit or compensation. And
in fact, as other notations indicate, entire movements and new approaches, programming and
theory are the result of these actions, based on my unsolicited and unwanted illegal privacy
invasion, monitoring, wifii use, and electronic device hacking, by those who have treated me as
a bug to dissect, and a resource to extract from. This water movement is based on this, and
reinforced by additional situations, such as the Flint Michigan water, lead and infrastructure
crisis.)

City of Cleveland
Mayor Frank Jackson
Cleveland City Hall
601  Lakeside Avenue
Cleveland, OH 44114
Website: www.city.cleveland.oh.us
Email:
Phone: 216.664.2000

(Incorporated the latest water extracted from me and into their long-existing sustainability programming, begun in 2004. Additionally, had started my city health initiative prior to my relocating to west virginia)

Cuyahoga County
Office of the Cuyahoga County Executive
Armond Bush, Cuyahoga Country Executive
Ed Fitzgerald, former Cuyahoga County Executive
(Now: Great Lakes Exposition, Inc.,
4601 W. Ridgewood Dr.
Cleveland, Ohio 44134
Phone: 440.845.6696)
2079 East Ninth Street
Cleveland, OH 44115
Website: executive.cuyahogacounty.us
Email:
Phone: 216.443.7178

CURA
Jim Edwards, Executive Director
Morrison Building
815 Quarrier Street, Suite 244
Charleston, WV 25301
Website: www.curawv.org
Email: jedwardscura@wvdsl.net
Phone: 304.348.6890
Fax: 304.348.6892
(In order to reach out and connect, I researched area leaders relevant to my profession, including their email, which I then used to make contact via email. The only responder was Jim Edwards, of CURA. He met with me twice, the first time in his office mid September 2014, where he spoke of the restructuring of each Main Street to be overseen by a new forming entity, Charleston Main Street. The expectation was for Cavender to be hired as the Executive Director, head of over site of both East & West, and Economic Development, and a Program Manager to be hired for each. Edwards also mentioned that Cavender had just reached out to CAMC, for Health program, applying for a grant. My sensors went up, but I did meet with him one last time, when he took me to lunch at Adelphia. It was about the third week of September at this point. I did not mention concerns of My Health Initiative after he mentioned the Cavender project, nor my intellectual property concerns or issues prior to relocating to West Virginia, nor of any of my business plans and intentions. I allowed his lead, primarily for information gathering.)

Cleveland Museum of Natural History
Dr. Evalyn Gates, Executive Director & CEO
1 Wade Oval Drive
Cleveland, OH 44106
Website: https://www.cmnh.org
Email:
Phone: 216.231.4600
(The Power of Poison; "honored for innovation, impact, and sustainability to create business continuity)

37

Tulk, Sherry A.

Cuyahoga Arts & Culture
Karen Gahl-Mills, CEO & Executive Director  (x 102)
Bulkley Building
1501 Euclid Avenue, #407
Cleveland, OH 44115
Website: www.cacgrants.org
Email: kgahlmills@cacgrants.org
Phone: 216.515.8303
Fax: 216.515.1124
(strengthening community)

Cleveland State University
President Berkman
Cleveland State University President's Office
2121 Euclid Avenue
Cleveland, OH 44115
Maxine Goodman Levine College of Urban Affairs

Dr. Wendy Kellogg, Associate Dean & Professor
2121 Euclid Ave, US 308
Cleveland, OH 44115
Website: www.csuohio.edu
Email: W.KELLOGG@csuohio.edu
Phone: 216.687.2000

City of Cleveland Division of Water
Robert L. Davis, Director, Department of Public Utilities
Ollie Shaw, Assistant Director, Department of Public Utilities
Alex Margevicius, Commissioner of Cleveland Water
1201 Lakeside Avenue
Cleveland, OH 44114
Website: www.clevelandwater.com
Email:
Phone: 216.664.3130

EATON
Craig Arnold, CO
1000 Eaton Blvd.
Cleveland, OH 44122
Website: www.eaton.com
Email:
Phone: 440.523.5000

Fairmount Santrol
William E. Conway, Director of Board
Jennifer D. Deckard, President, CEO & Director
Administrative Offices
11766 Ravenna Rd.
Chardon, OH 44024
Website: www.fairmountsantrol.com
Email:

38

Tulk, Sherry A.

Phone: 440.285.3132

The George Gund Foundation
David T. Abbott, Executive Director
Robert B. Jaquay, Associate Director
(Economic Development and Community Revitalization)
John Mitterholzer, Senior Program Officer (Environment)
1845 Guildhall Building
45 Prospect Avenue, West
Cleveland, OH 44115
Website: www.gunfoundation.org
Email:
Phone: 216.241.3114
Fax: 216.241.6560

Great Lakes Biomimicry
Thomas N. Tyrrell, CEO & Founder
Carol Thaler, Director of Administration & Outreach
P.O. Box 6086
Cleveland, OH 44101
Website: https://glbiomimicry.org
Email:
Phone: 440.667.3341

Great Lakes Science Center
Kirsten M. Ellenbogen, Ph.D., President & CEO
Patrick J. Ertle, Esq., Vice President of Development
601 Erieside Avenue
Cleveland, OH 44114
Website: www.greatscience.com
Email:
Phone: 216.694.2000

Johnson Controls, Alex Molinaroli, (Chairman, President & CO, Johnson Controls), William C.
Jackson, (Vice President & President, Building Efficiency Johnson Controls),

5757 N. Green Bay Avenue
P.O. Box 591
Milwaukee, WI 53201
9797 Midwest Avenue
Garfield Heights, OH 44125
Website: www.johnsoncontrols.com
Email:
Phone: 216.587.2256
        414.524.1200

Kent State University,
Beverly Warren, President Kent State University
800 E. Summit Street
Kent, OH 44240
P.O. Box 5190

39

Tulk, Sherry A.

Kent, OH 44242-0001
Website: www.uakron.edu
Email:
Phone: 330.672.3000
Kent Regional Business Alliance, (KRBA)

University of Akron
Luis M. Proenza, Office of President Emeritus
Office of the President
302 Butchel Commons
Email: brummon@uakron.edu
Phone: 340.972.7074
Wayne Watkins, Associate Vice President of Research
Goodyear Polymer Center, Suite 312
Akron, OH 44325-2103
Email: wwatkins@uakron.edu
Phone: 330.972.7840
Website: www.uakron.edu
Email:
Phone: 330.972.7111

MAR Systems
Anthony Lammers, President & CEO
Darrell Zielinski, Vice President of Sales
30625 Solon Road # G
Solon, OH 44139
Website: www.marsystemsinc.com
Email:
Phone: 440.505.0962

Team neo
William Koehler, CEO
Jay Foran, Senior Vice President
Paul Boulier, Vice President
1111 Superior Avenue, Suite 1600
Cleveland, OH 44114
Website: www.teamneo.org
Email: jforan@teamneo.org
        pboulier@teamneo.org
Phone: 216.363.5400
       216.363.5407
       216.363.5402

Northeast Ohio Regional Sewer District
Robert L. Davis, Director, Department of Public Utilities
Ollie Shaw, Assistant Director, Department of Public Utilities
Alex Margevicius, Commissioner of Cleveland Water
Dr. Jason Wood, Chief of Public Affairs, Department of Public Utilities
3900 Euclid Avenue
Cleveland, OH 44115
Website: www.neorsd.org

Tulk, Sherry A.

Email:
Phone: 216.881.6600

Lorain County Community College
Roy Church, Ed. D, President until June 30, 2016
Marcia Ballinger, President
1005 North Abbe Road
Elyria, OH 44035
Website: www.lorainccc.edu
Email:
Phone: 800.995.5222

City of Elyria
Elyria City Hall
Office of Mayor
Holly Brinda, Mayor of Elyria
Mary Swewerka, Safety Service Director
131 Court Street
Elyria, OH 44035
Website: www.cityofelyria.org
Email:
Phone:440.326.15402

Ohio Nursery & Landscape Association
Frits Rizor, Executive Director
72 Dorchester Square
Westerville, OH 43081
Website: www.onla.org
Email:
Phone: 614.899.1195
        614.899.1195 x 113

Ohio FFA Association
(Future Farmers of America)
Agricultural Education & Ohio FFA Association
Office of Career-Technical Education, Ohio Department of Education
25 South Front Street, MS #603,
Columbus, OH 43215
Matthew Winkle, Assistant Director
matthew.winkle@education.ohio.gov
614.466.3076
614.44.6720
Tracy Dendinger, State Supervisor for Districts 2, 3, 6, 9
so_tdendinger@mveca.org
937.382.6921 x 1030
Cassandra Palsgrove, State Supervisor for Districts 1, 4, 5, 7
cassandra.palsgrove@education.ohio.gov
614.728.3690

717 E. 17th Street
Columbus, OH 43211

41

Tulk, Sherry A.

Website: www.ohioffa.org
Email:
Phone:

Ohio Farm Bureau Federation
Shawn Cleveland, Executive Director
John Marihugh, Director Members Services
Frank Burkett III, President
280 N. High Str. 6th Floor
Columbus, OH 43215
Website: https://ofbf.org
Email:
Phone: 614.249.2400

Port of Cleveland
Cleveland Cuyahoga County Port Authority
William D. Friedman, President/CEO
216.377.13939
Jim White, Director, Sustainable Infrastructure Programs
Linda Sternheimer, Director, Urban Planning & Engagement
Chris Ronayne, Chair of Board
1100 West 9th Street, Suite 300
Cleveland, OH 44113
Website: www.portofcleveland.com
Email:
Phone: 216.241.8004

American Farm Bureau Federation
Zippy Duvall, President
Julie Anna Potts, Executive Vice President & Treasurer
600 Maryland Avenue, SW, Suite 1000W
Washington, DC 20024
Website: www.fb.org
Email:
Phone: 202.406.3600

Ohio Ecological Food and Farm Association
Carol Goland, Executive Director
X 202
cgoland@oeffa.org
41 Croswell Rd.
Columbus, OH 43214
Website: www.oeffa.org
Email: oeffa@oeffa.org
Phone: 614.421.2022

NASA Glenn Research Center
Janet Kavandi, Director & Deputy Director
Dr. Woodrow Whitlow, Jr., Director
Ramon Lugo, Director-prior
2100 Brookpark Road

Tulk, Sherry A.

Cleveland, OH 44135
Website: www.nasa.govcenters/glenn/home
Email:
Phone: 216.433.4000
Plumbrook Station
6100 Columbus Avenue
Sandusky, OH 44870
Phone: 419.625.1123

NASA Headquarters
Charles Bolden, Jr., Maj. Gen., Administrator
300 E. Street SW, Suite 5R30
Washington, DC 20546
Website: www.nasa.gov
Email:
Phone: 202.358.0001
Fax: 202.358.4338

One Water Council US Water Alliance
Kevin Shafer, (Council Chair)
(Executive Director, Milwaukee Metropolitan Sewerage District
Kyle Dreyfuss – Wells (Council Vice-Chair)
(Deputy Director of Watershed Programs, Northeast Ohio Regional Sewer District)
Julia Anastacio, Executive Director & General Counsel,
Association of Clean Water Administrators
Katherine Baer,
Director of Science and Policy, River Network
Rick Callender, Deputy Administrative Officer
Office of Government Relations, Santa Clara Valley Water District
Marc Cammarata
Director, Office of Watersheds, Philadelphia Water Department
Jennifer Carlile,
Environmental Program Manager, City of Atlanta
Department of Watershed Management
Michael Carlin,
Deputy General Manager & Chief Operating Officer,
San Francisco Public Utilities Commission
Eric Casey,
Executive Director, National Onsite Wastewater
Recycling Association
Dick Champion,
Director, Independence Water Pollution Control Department
Albert Cho,
Vice President, Strategy and Business Development, Xylophone Inc.
Carol Collier,
Senior Advisor for Watershed Management & Policy,
Academy of Natural Sciences of Drexel University
Michael Deane,
Executive Director, National Association of Water Companies
Mary Ann Dickinson,
President & CEO, Alliance for Water Efficiency

43

Tulk, Sherry A.

Nathan Gardner-Andrews,
Chief Advocacy Officer, National Association of Clean Water Companies
Lillian Govus,
Director of Communications, City of Atlanta
Department of Watershed Management
Adel Hagekhalil,
Assistant Director, LA Sanitation
George Hawkins,
Chief Executive Officer & General Manager, DC Water
Tom Heikkinen,
General Manager, Madison Water Utility
Alan Heymann,
Chief Marketing Officer, DC Water
Barbara Higgens,
CEO/Executive Director, Plumbing
Manufacturers International
Sarah Hippensteel Hall
Manager, Watershed Partnerships,
Miami Conservancy District
Paul Kehoe,
Water Resources Director,
San Francisco Public Utilities Commission
Andy Kricun,
Executive Director, Camden County Municipal Utilities Authority
Terry Leeds, Director, Kansas City Water Services
Vanessa Leiby,
Executive Director, Water and Wastewater
Equipment Manufacturers Association
 Bryan Lennon,
Assistant Water Division Director,
City of Wilmington – Water & Sewer Division
Marybeth Leongini,
Director of Communications, National
Association of Water Companies
Lisa Martin,
Deputy Director of Communications,
Sewerage & Water Board of New Orleans
Erik Meyers,
Vice President, The Conservation Fund
 Karen Pallansch,
CEO, Alexandria Renew Enterprises
Tony Parrott,
Executive Director, Louisville Metropolitan Sewer District
Robert Phillips,
City Engineer, City of Madison, WI, Stormwater & Sewer Utilities
Jason Pierce
Manager of Watershed & Contract Services,
Upper Trinity Regional Water District
Michele Pla,
Senior Program Manager, EPC Consultants,Inc.
Anthony Quintanilla,

Assistant Director of Maintenance & Operations,
Metropolitan Water Reclamation District of Greater Chicago
Dan Rodrigo,
Vice President, CDM Smith
Bruce Roll,
Watershed Management Director, Clean Water Services
Kellie Rotunno,
Chief Operating Officer, Northeast Ohio Regional Sewer District
Susan Rutherford,
Watershed Manager, City of Atlanta Department of Watershed Management
James Schlaman,
Water Resources Group Leader, Black & Veatch
Tom Sigmund,
Executive Director, NEW Water
Lisa Skutecki,
Southern California Water Resources Leader, Brown & Caldwell
William Spearman,
Vice President, American Public Works Association
David St. Pierre,
Executive Director, Metropolitan Water Reclamation District of Greater Chicago
Bryan Stubbs, Executive Director, Cleveland Water Alliance
Chris Sturm,
Managing Director, Water and Policy, New Jersey
Sandy Sullivan,
Vice President Government & Industry Relations, Veolia North America
Wing Tam,
Assistant Division Manager, Watershed Protection Division, LA Sanitation
Randolph Webb,
Senior Analyst, Strategy and Business Development, Xylem Inc.
Todd Williams,
Chief Marketing Officer, TRC Solutions
Roger Wolf,
Director of Environmental Programs and Services, Iowa Soybean Association
1816 Jefferson Pl, NY
Washington, DC 20036
Website: www.uswateralliance.org
Email: info@uswateralliance.org
Phone: 202.533.1810

MAGNET
Ethan Karp, President & CEO
Matthew Fieldman, VP, External Affairs
Stephen Herron, Director, Digital & Content Marketing
Bill Novak, Workforce Talent & Development Manager
Linda Barita, Strategic Alliances
1768 E. 25th Street
Cleveland, OH 44114
Website: www.manufacturingsuccess.org
Email: info@magnetwork.org
Phone: 216.600.1022

Cleveland State University
Ned Hill (former Dean, College of Urban Affairs; 2012)
(Now at Ohio State University, John Glenn College of
Public Affairs, College of Engineering, Department of City & Regional Planning,
Page Hall
1810 College Road
Office: 310P Page Hall
Columbus, Ohio 43210
Email: hill.1973@osu.edu
Phone614.247.4086
Fax: 614.292.2548)
Dr. Roland Anglin, Dean College v of Urban Affairs
Wendy Kellogg
Maxine Goodman Levine College of Urban Affairs
1717 Euclid Avenue
Cleveland, Ohio 44115
Website: www.csuohio.edu/urban/
Phone: 216.687.2135

President Berkman
2121 Euclid Avenue
Cleveland, OH 44115-2214
Contact: Ms. Shane Connor
Email: s.c.connor@csuohio.edu
Phone: 216.687.3544
Website: www.csuohio.edu
Email:
Phone: 216.687.2000

Baldwin Wallace University
Robert C. Helmer
275 Eastland Road
Berea, OH 44017
Website: www.bw.edu
Email:
Phone: 440.826.2900

Clean WaterNet Ltd
Elizabeth Hoist,
21126 Fairmount Blvd.
Cleveland, OH 44118
Website: www.cleanwaternet.com
Email:
Phone: 440.773.2555

SplashLink.com
Ebie Holst, Founder & CO
Jason Wuliger, Vice President
24700 Chagrin, OH 44122
Website: www.splashlink.com
Email:

Tulk, Sherry A.

Phone: 844.877.5274

Akron Global Water Alliance (AGWA)

166 South High Street, Suite 202
Akron, OH 44308
Website: www.akronglobalwateralliance.com
Email: concierge@akronwateralliance.co
Phone: 330.375.2088

Water Alliance
Hein Molenkamp, Director
WaterCampus
Leewarden, Netherlands
+31 58 284 9044
Website: www.wateralliance.nl/en

Blue leg Monitor
Hans Wouters
Email: h.wouters@bl uelegmonitor.nl
Phone: +31 (0)6 507 48 573
Marco Pieterse
Email: m.pieterse@bluelegmonitor.com
Phone: +31 (0)6 531 89 899
Peter Zeemanstraat 9
8606 JG Sneed
The Netherlands
Website: www.bluelegmonitor.com
Email:
Phone:

City of Akron
Don Plusquellic, Akron Mayor
Dan Horrigan, Akron Mayor
Suite 200 Municipal Building
166 South High Street
Akron, OH 44308
Website: www.akronohio.gov
EmailMayor@AkronOhio.gov
Phone: 330.375.2345
Fax: 330.375.2468

Akron Water Supply Bureau
Jeff Bronowski, Water Supply Division Manager
John O. Moore, Service Director
Public Service Department
1460 Triplett Blvd.
Akron, OH 44306
Website: www.akronohio.gov
Email:
Phone: 330.375.2748

47

Tulk, Sherry A.

Administration Offices: 330.375.2420

Akron Biomedical Corridor
166 High Street, Suite 202
Akron, OH 44308
Website: www.akronbiomedical.com
Email: concierge@akronusa.org
Phone: 330.375.2471

Akron Global Business Accelerator
Anthony Margida, PhD, CEO
Email: ajmargida@akronaccelerator.com
Terry Martell, MBA, COO
Email: TMartell@akronaccelerator.com
Jessica Peplowski, Sublett, JD,
Emailjpeplowski@akronaccelerator.com
Annal Vyas, Advisor
Email: annal.vyas@gmail.com
Jim Luby, Entrepreneur in Residence
Email: jruby@akronaccelerator.com
Robert Anthony, MBA, Entrepreneur in Residence
Email: ranthony@akronincubator.com
526 South Main Street
Akron, OH 44311
Website: www.akronaccelerator.com
Email: info@akronaccelerator.com
Phone: 330.375.2173

Dr. Daniel Scherson, Professor of Chemistry
Case Western Reserve University
Department of Chemistry
Clapp Hall Room 212
2080 Adel Bert Road
Cleveland, OH 44106-7078
Website:
Email: dxs16@case.edu
        chemistry@case.edu
Phone: 216.368.5186
Millis 227

Generation Foundation
The Generation Fund
Community West Foundation
David T. Dombrowiak, President & CEO
Email: dtd@cwfc.org
Linda Spencer, VP, Administration, Communications & Marketing
Email: linda.spencer@cwfc.org
Community West Foundation
20545 Center Ridge Road, SD unite 448
Cleveland, OH 44116
Website: www.generationfoundation.org

Tulk, Sherry A.

www.communitywestfoundation.org
Email: info@communitywestfoundation.org
Phone: 216.476.7060
Fax: 26.476.9730
("Advancing the health and wellbeing of our community", "connect" just added economic development and business focus)

The Fred A. Lennon Charitable Trust (Foundation)
29425 Chagrin Blvd., Suite 201
Cleveland, OH 44122-4602
Website:
Email:
Phone:

McMahon DeGulis, LLP
Michael McMahon
Louis McMahon
Gregory DeGulis
Stephen Daniels
Suzanne Fisher-Edwards
William Haak
David Nash
Keely O'Bryan
Evan Palik
Andrea Salimbene
812 Huron Road, Suite 650
Cleveland, OH 44115
1335 Dublin Road, Suite 21st
Columbus, OH 43215
1055 St. Paul Place
Website: www.mdllp.net
Email:
Phone: 216.621.1312
        614.849.0300
        513.898.1542

Ohio State Sea Grant
Dr. Justin Chaffin,
Dr. Chris Windlow, Ohio Sea Grant & Stone Lab Interim Director
Joe Lucente
1314 Kinnear Road, Area 100
Columbus, OH 43212
Website: https://ohioseagrant.osu.edu
Email: ohioseagrant@osu.edu
Phone: 614.292.8949
Fax: 614.292.4364

Ohio Sea Grant Program, GLC
Jeffrey Reutter, Director
1314 Kinnear Road, Area 100
Columbus, OH 43211-1156

Website: greatlakesresilience.org
Email: reutter.1@osu.edu
Phone: 614.292.4364

Parker Hannifan
Thomas Williams, Chairman & CEO
6035 Parkland Blvd.
Mayfield Heights, OH 44124
Website: www.parker.com
Email:
Phone: 216.896.3000

Tech Belt Energy Innovation Center, TBEIC
Dave Nestic, CEO Regional Operations
Mailing Address: 108 Main Ave., SW, Warren, OH 44481-1058
125 W Market Street
Warren, OH 44481
Website: www.tbeic.org
Email: info@tbeic.org
Phone:

Jumpstart
Ray Leach, CEO
Caroline Taich, Senior Partner, Solutions Development
Jerry Frantz, Senior Managing Partner, Entrepreneurial Services & Investing
6701 Carnegie Avenue, Suite 100
Cleveland, OH 44103
Website: www.jumpstartinc.org
Email: askjs@JumpStartInc.org
Phone: 216.363.3400
Fax: 216.363.3401
("economically transform entire communities"; "Our model works. Supporting startups and
scaleups can improve economic vitality and spark job creation in your hometown."; "we partner
we it regional leaders all over the country to economically transform communities by
accelerating the growth of small businesses and startups."; "We are one of the nation's first
venture development organizations working everyday to drive the growth of small businesses
and entrepreneurs."; "Jumpstart has spent more than a decade building a robust economic
ecosystem in our own backyard that has: created more than 10,000 jobs, helped raise $1.7
billion in capital, Established one of the most COMPREHENSIVE" MENTORING PRO GRAMS
in the country"; WE'VE PARTNERED OR HAD ONGOING DISCUSSIONS WITH MORE THAN
30 COMMUNITIES TO HELP THEIR LEADERS DRIVE ECONOMIC IMPACT."; Strong
community; women and minority focus; "In advance of the 2015 SSTI annual conference,
Jumpstart and SSTI conducted a survey of more than nearly 250 organizations, including
universities, incubators & accelerators and economic development organizations. The results of
the SSTI survey confirmed a trend many experts have suspected for some time. Economic
development leaders realize that technology can help them do more impactful work and satisfy
increasingly demanding stakeholders. However, most are dealing with small to non-existent
technology support teams as well as limited technology budgets."; "Why r the Venture Capital
World Needs More Female And Minority Entrepreneurs"; 10+; "Our People MAKE THEORY
DIFFERENCE";  "Learn more about our WORK"; "MORE THAN A DECADE OF IMPACT";
"OVER MORE THAN A DECADE, we have expanded our work to ASSIST EXISTING SMALL

BUSINESS OWNERS, AS WELL as regional leaders who are working to create STRONGER ECONOMIC ECOSYSTEMS ALL ACROSS THEORY U.S.."

Ohio Third Frontier
Ohio Development Services Agency

77 South High Street
P.O. Box 1001
Columbus, OH 43216-1001
Website: https://development.ohio.gov
        Ohio.gov
Email:
Phone: 800.848.1300
("Building a New Ohio. Check out the NEW OHIO – where Ohio Third Frontier is backing Ohio's most INNOVATIVE TECHNOLOGY COMPANIES AND ENTREPRENEURS!"; "diverse entrepreneurs…building a STRONG tech economy…"; "nationally recognized INITIATIVE…mentorship,...turn great ideas into thriving companies and well-paying jobs.";

Ohio Development Services Agency, (ODSA)
John R. Kasich, Governor
David Goodman, Director
Phone: 614.466.3379
77 South High Street, 29th Floor
Columbus, OH 43215
Website: https://development.ohio.gov
Email:
Phone: 800.848.1300
Business Services Division
Daryl Hennessy, Division Chief, SBDC Interim State Director
Phone: 614.466.3379
(The ODSA assists communities in their efforts to build stronger, healthier communities throughout the state. Through partnerships  with local governments and nonprofit organizations, ODSA provides technical and financial assistance necessary to improve Ohio's communities. Whether it is through a Community Development Block Grant, an energy efficiency evaluation, or the Local Government Innovation Fund, ODSA has the resources and programs for communities to improve the lives of their residents and encourage economic development.")

Northern Ohio Energy Storage Community


_, OH _
Website:
Email:
Phone:
(Part of above)

American Electric Power Company, Inc., AEP Ohio
Julie Sloat, President & CEO
Selwyn J. Dias, VP – Distribution Operations
Thomas L. Froehle, VP – External Affairs
Marc Reitter, VP – Regulatory & Finance

51

Tulk, Sherry A.

Website: www.aepohio.Com
Email:
Phone: 614.716.1000
AEP Corporate Office
Nicholas K. Akins, CEO
Brian X. Tierney, CFO
Robert P. Powers, COO
Akron, OH 4_
1 Riverside Plaza
Columbus, OH 43215
Website: www.aep.com
        Corporateofficehq.com
Email:
Phone: 330.
        800.672.2231
(With S&C & funded by Dept of Energy: Community Energy Storage System; "Integration";
"Community Energy"; Coop; "Comprehensive"; "Connect"; "deploying 'community energy';
"distribution transformers in neighborhoods"("The project in AEP Ohio would have installed 80
25-kilowatt-hour lithium ion battery packs on one circuit next to distribution transformers in
neighborhoods.")

S&C Electric Company
S&C Advanced Technology Center
John Estey, President & CEO
Mike Edmonds, VA Strategic Solutions
6601 North Ridge Boulevard
Chicago, IL 60626-3997
Website: www.sandc.com
        www.sandc.com/sgaep
Email:
Phone: 773.338.1000
S&C Electric Company: Product Innovation
1135 Atlantic Avenue
Alameda, CA 94501
Phone: 510.864.9300
S&C ATC & Nicholas J. Conrad Laboratory
S&C's Product Innovation Offices
_
(Media info: Alyson Moses Edelman, 312.297.7430, alyson.moses@edelman.com)
(With AEP: Community Energy Storage System; "Integration"; "Community Energy"; Coop;
"Comprehensive"; "Connect"; "deploying 'community energy'; "distribution transformers in
neighborhoods"("The project in AEP Ohio would have installed 80 25-kilowatt-hour lithium ion
battery packs on one circuit next to distribution transformers in neighborhoods." "INNOVATION";
Advanced Tech: & is first Gold Industrial)

Department of Energy, DOE
Dr. Ernest Moniz, Secretary of Energy
1000 Independence Avenue, SW
Washington, DC 20585
Dr. Elizabeth Sherwood-Randall, Deputy Secretary of Energy
Website: http://energy.gov/

http://energy.gov/leadership
Email:
Phone: 202.586.5000
(See S&C & AEP)

National Laboratories
Website:
Email:
Phone:

Youngstown State University, YSU
One Youngstown Plaza
Youngstown, OH 44555
Website:
Email:
Phone: 330.941.3000
(A partner in previous as written, but Even promoting slogans, based on who and what I am about: "DETERMINED, to get the degree and early career experience that employers are looking for, (based on my workforce strategy); EXPLORE all our….COMMITTED faculty and staff who understand your priorities and responsibilities…CREATIVE PROGRAMS, INNOVATIONS, AND INDUSTRY PARTNERSHIPS." MORE of my wf strategy.)


The Nature Conservancy
Mark Tercek, President & CEO
6375 Riverside Drive, Suite 100
Dublin, OH 43017
Website: www.nature.org
Email: ohio@tnc.org
Phone: 614.717.2770

The Burning River Foundation
Cleveland, OH _
Website:
Email:
Phone:
(As an organization dedicated to the sustainability of its high quality freshwater resources", a natural partner in the newly created project of water protection and value" since my brief yet again, fraudulent actions of my ip, by ASWS. No contact or any other information available!)

National Geographic
Website:
Email:
Phone:

NIC
Harry Herrington, CEO & Chairman of Board
25501 West Valley Parkway, Suite 300
Olathe, Kansas 66061
Website:

Tulk, Sherry A.

Email: nic@egov.com
Phone:877.234.34698
Fax: 913.498.3472

Aespire
Brian Sooy
5061 N. Abbe Road
Sheffield Village, OH 44035
Website: www.aespire.com
Email:
Phone: 440.809.8970

FX Digital; Steve Cartwright
Marketing Land
Business 2 Community
Harrison County Development Authority
Growth hackers
Small Business Administration

West Virginia University (WVU)
Gordon Gee, President
Colleen Harshbarger
Director of Wellness and Health Promotion
HEALTH & Education Building
WELL WVU
390 Birch Street
Morgantown, WV 26506-6422
Email:
Phone: 304.293.9355

WVU
The Students Center of Health
390 Birch Street
P.O. Box 6422
wellwvu@mail.wvu.edu

Health Sciences Campus

YWCA
Debby Weinstein, Executive Director
1426 Kanawha Blvd.
Charleston, WV 25301
Website: www.ywcacharleston.org
Email: info@ywcacharleston.org
Phone: 304.340.3594

YWCA, Sojourner
Margaret Taylor, Director
1418 Washington Street, E
Charleston, WV 25301

Tulk, Sherry A.

Website: www.ywcacharleston.org
Email:
Phone: 304.340.3562
(Just before I left, began program of "health, nutrition, natural and cleanliness".)

West Virginia Community Development Hub
103 Adams Street, Suite 200
Fairmont, WV 26554
Website: wvhub.org
Email: info@wvhub.org
Phone: 681.404.6053, or 6122

Kent Spellman, Executive Director
West Virginia Community Development Hub
Email: k.spellman@wvhub.org
Phone: 304.476.3838

Stephanie Tyree, Deputy Director
1116 Smith Street
Charleston, WV 25301
Email: s.tyree@wvhub.org
Phone: 304.360.2110

The Greater Kanawha Valley Foundation
Dr. Michelle Foster, Board Chair
President & CEO, The Greater Kanawha Valley Foundation
900 Lee Street East # 1600
Charleston, WV 25301
Email: mfoster@tgkvf.org
Phone: 304.346.3620
(All of the above, beginning from West Virginia University, down to White House Rural Council:
Health, Education and "Community Economic Development" project funding programming, all
based on mine, summarized in "Courage to Change" theme, which is evidently, a theme
seeming reflective of my commitment to do so.

Norm Schwertfeger, Board Vice Chair
Extension Agent, West Virginia University
Extension Office Planning & Development
840 Charles St.
Wellsburg, WV 26070
Email: Norm.Schwertfeger@mail.wvu.edu
Phone: 304.737.3666

Tamarack
Jim Browder?
1 Tamarack Park
Beckley, WV 25801
Website:
Email:
Phone: 304.256.6843
Fax: 304.256.6877

Tulk, Sherry A.

Tamarack Foundation
Alissa Novoselick, Executive Director, Tamarack Foundation
3310 Piedmont Road
Charleston, WV 25306
Website: tamarackfoundation.org
Email:  info@tamarackfoundation.org
Phone: 304.926.3770


Strong Mountain Communities
Isak Howell
117 E Washington St
Lewisburg, WV 24901
Website:
Email:
Phone:

Wheeling National Heritage Area
Jeanne Finstein, Interim Director
Email: jfinstein@wheelingheritage.org
Christine Villamagna, Program Manager/Artisan Center Shop
Email: cvilamagna@wheelingheritage.com
1400 Main Street
P.O. Box 350
Wheeling, WV 26003
Website: wheelingheritage.org
Email:
Phone: 304.232.3087

Due North Consulting, Inc.
Due North Media
Trade Industry Development Magazine Due North Consulting, Inc.
Linda Dobel, Managing Editor
ldobel@duenorthmedia.com
Scott D. Swager, Publisher
sswager@duenorthmedia.com
Daryl T. Milstead, Director of Business Development
Summer Katzenbach Manning, Director of Marketing
105 Owens Parkway, Suite C
Birmingham, AL 35244
Website: www.tradeandindustrydev.com
          www.duenorthmedia.com/
Email: info@duenorthmedia.com
Phone: 205.989.9394/800.899.2676
(Trade & Industry Development: "Defining Corporate Strategies for Growth"; & last three issues+)


Saint Francis Hospital
Dan Laffer
President & CEO

Thomas Health System
Saint Francis First Health & Wellness Center
333 Laidley Street
Charleston, WV25301
ww.stfrancishospital.com
Phone: 304.766.3536

Marshall University
Robert C. Byrd Institute: Advanced Manufacturing
1050 Fourth Avenue
Huntington, WV 25701
www.rcbi.org
info@rcbi.org
Phone: 304.781.1625
Fax: 304.781.1623

Robert C. Byrd Center for Rural Health
1600 Medical Center Drive, Suite 100th
Huntington, WV 25701
Jennifer Plymale, Director
crh.marshall.edu
plymale@marsghall.edu
Phone: 304.691.1182
Fax: 304. 691.1183

James C. Edwards School of Medicine
Biotechnology Science Center
One Marshall Drive
Huntington, WV 25755
800.642.3463

WV Department of Health & Human Resources
Dr. Rahul Gupta
Capital Street
Charleston, WV 25301

West Virginia Department of Commerce, WVSBDC
Capital Complex, Bldg. 6, Room 525
Charleston, WV 25305
Phone: 304.558.2234
Fax: 304.558.1189
(Located at 116 Smith Street when I met with, Doug? _, _, who referred me to speak with Justin
Gaul, just before he moved to Charleston Area Alliance, September 2014)

Charleston Area Alliance
Mark Ballard, Executive Director
Justin Gaul
Vice President Economic Development
116 Smith Street
Charleston, WV 25301
www.charlestonareaalliance.org

Tulk, Sherry A.

Phone: 304.340.4253

Kanawha County Planning Commission
Kent Carper, Commission President
kentcarper@kanawha.us
304.357.0109
Henry Shores, Commissioner
henryshores@kanaeha.us
304.35.0139
Dave Hardy, Commissioner
davehardy@kanawha.us
304.357.0109
P.O. Box 3227
Charleston, WV 25336
Website: www.kanawha.us
Email: info@kanawha.us
Phone:304.357.0100

Kanawha Charleston Health Department
Michael R. Brumage, MD, MPHIL
Executive Director/Health Officer
108 Lee Street
Charleston, WV 25301
www.kchdwv.org
Phone: 304.348.6494
Fax: 304.348.6821

Charleston Area Medical Center, CAMC
CAMC Foundation
CAMC Health Education & Research Institute
Integrated Healthcare Providers, Inc.
General Hospital
All Affiliates
David L. Ramsey, President & CEO
Michael Williams
Vice President/Administrator
501 Morris Street
Charleston, WV 25301
www.camc.org
304.388.6301
Complaints: 304.388.9623

CAMC Innovation Center
400 Association Dr.
Charleston, WV 22311
Website:
Email:
Phone: 304.388.5432

University of Charleston
Innovation Center?

Tulk, Sherry A.

Charleston, WV 25_
Website:
Email:
Phone:

APA, APA Ohio, IEDC


U.S. Center for Disease Control and Prevention
Dr. Tom Friedel
395 E Street, SW
Washington, DC 20201
www.cdc.gov
Phone: 202.245.0600
Fax: 202.245.0602

United States,14th Congress, House of Representatives,
Karen L. Haas, The Clerk of the House of Representatives,
Robert Reeves
Deputy Clerk of the U.S. House of Representatives
Office of the Clerk-U.S.
Capital Room H154
Washington, DC 20515-6601
Phone: 202.225.7000
Email: info.clerkweb@mail.house.gov

Speaker of the House Representative
Paul Ryan
H-232 The Capitol
AWashington, DC 20515
Https://paulryan.house.gov
Phone: 202.225.0600
Fax: 202.225.2012
Janesville Constituent Services Center
20 South Main Street Suite 10
Janesville, WI 53545
Phone: 888.909.7926

Representative Rodney Davis, U.S. House of  Representatives, Republican-IL-13
1740 Longworth
House Office Building
Washington, DC 20515
Http://rodneydavis.house.gov
Phone: 202.225.2371

Republican National Committee
Http://www.gop.com
Ecampaign@gop.com

59

Tulk, Sherry A.

Anthony Fox
U.S. Secretary of Transportation
U.S. Department of Transportation
1200 New Jersey Ave., SE
Washington, DC 20590
Phone: 202.366.4000

U.S. Environmental Protection Agency
Affiliate Organizations, Departments
Office of the Administrator
Gina McCarthy, EPA Administrator
Stan Meiburg, Acting Deputy Administrator
1200 Pennsylvania Ave, N.W.
1101A
Washington, DC 20460
Website: https://www.epa.gov
Email:
Phone: 202.564.4700

White House
Office of the United States of America President
Barack Obama, President
1600 Pennsylvania Avenue
Washington, DC _
Website:
Email:
Phone:


U.S. Department of Agriculture (USDA)
Agricultural Marketing Services, (AMS)
Center for Nutrition Policy and Promotion, (CNPP)
Economic Research Service, (ERS)
Food and Nutrition Service, (FNS)
Office of Environmental Markets, (OEM)
Faith-based and Neighborhood Partnerships, (FBNP)
All Other Affiliate Agencies
Tom Vilsack, Secretary of Agriculture
Michael Scuse, Acting Secretary of Agriculture
U.S. Department of Agriculture
1400 Independence Ave., S.W.
Washington, DC 20250
Website: www.usda.gov
Phone: Info Hotline: 202.720.2791
(Various aspects of City Health Initiative and history, marketing, connecting)

60

Tulk, Sherry A.

ARC, the Delta Regional Authority
Chris Masingill, Federal Co-Chairman
Mike Marshall, Alternate Federal Co-chairman
Bevin Hunter, Interim Chief Administrative Officer,
bhunter@dra.gov
501.569.8187
Grover Ainsworth, Regional Economic & Community Development Officer
Region 3
gainsworth@dra.gov
Mallory Ambrose, Federal Affairs Program Specialist
mambrose@dra.gov
202.434.4870
Tracy Ausberry, SEDAP Manager
tausberry@dra.gov
Justin Burch, Program Manager, Small Business & Entrepreneurship
jburch@dra.gov
662.302.015
Ted Connell, Legal Counsel
tconnell@merkel-cocke.com
662.627.9641
Brian Henson, Special Advisor for Congressional Affairs
bhenson@dra.gov
202.400.1453
Alex Holland, Special Assistant for Federal Affairs & Policy Initiatives
aholland@dra.gov
Katie Milligan, Director of Small Business & Entrepreneurship
kmilligan@dra.gov
662.313.1606
Amanda M. Richardson, Director of the Delta Leadership Institute
Special Advisor to the Federal Co-chair man
501.569.8182
Jason Smedley, Regional Economic & Community Development Officer
Region 2
Region 2: Arkansas, north Mississippi, & Tennessee
jsmedley@dra.gov
662.302.0171
Bill Triplett, Chief Counsel to the Federal Co-chair man
btriplett@dra.gov
202.689.4134
Christina Wade, Regional Economic & Community Development Officer
Region 1
Region 1: Illinois, Kentucky, & Missouri
cwade@dra.gov
662.302.7339
Headquarters:
236 Sharkey Avenue, Suite 400

Clarksdale, MS 38614
Phone: 662.624.8600
Federal Office:
400 North Capitol Street, NW, Suite 365
Washington, DC 20002
Phone: 202.434.4870

Pivot TV
Participant Media
Jeff Skoll, Founder
331 Foothill Road
3rd Floor
Beverly Hills, CA 90210
310.550.5100
Website: www.pivot.tv
          www.paricipantmedia.com
Email: press@pivot.tv
Phone:

American Rivers
Charles D. Fite, Chairman of the Board
President, Fite Development Co.
William A. Robotham, CA
Vice-Chairman of the Board,
Executive Partner, Pisani & Brinker LAP
Stephen H. Waks, Esq.
Secretary to the Board
Attorney-at-Law & Owner, Waks Law Corporation
Kim Box,
1101 14th Street, NW, Suite 1400
Washington, DC 20005
Website: www.americanrivera.org
Email:
Phone: 202.347.7550

World Oceans Day


White House Rural Councils


AL Gore: An Inconvenient Truth, Pivot TV, June 7, 2016
 (Incorporated my we or into presentation: ancient tools vs modern, "change how we
think about, personal childhood stories; surgeon general and cigarettes, "…connect the
dots….", marketing, focus on China, (IE connected to CSU, tie to auto industry; efficient
cars, appliances etc., the Real Al, ratifying Kyoto Protocol as per my City Health

Tulk, Sherry A.

Initiative, Going back thru American History to say "we c an do it", "It's Time", It's Our Time, list of actions which includes much of City Health Initiative)
Website: www.climatecrisis.net

City of Charleston
Danny Jones, Mayor of Charleston
Office of the Mayor
David Molgaard, City Manager
_, City Manager
501 Virginia Street East, Room 101
Charleston, WV 25301
www.cityofcharleston.org
citymanager@cityofcharleston.org
Phone: 304.348.8106
Fax: 304.348.8157

City of South Charleston
Frank Mullens, Mayor
Phone: 304.744.5301
Bob Anderson
City Manager
Phone: 304.720.5985, x2108
P.O. Box 8597
South Charleston, WV 25303
Website: cityofsouthcharleston.com
Email:

Google
Sunday Pichai, CEO
Eric Schmidt
Alphabet Inc.
1600 Amphitheater Parkway
Mountain View, CA94043
650.253.0000

Steve Cartwright
FX Digital
P.O. Box 785
Morley, WA 6062 Australia
Website: https://website-designs.com
Email:
Phone: +61.403.679.632

WV Workforce Development
Russell Fry, Interim Director
Phone304.558.07024
Email: rfry@workforcewv.org
Mailing:
P.O. Box 2753
Charleston, WV 25330-2753

Tulk, Sherry A.

Office:
1321 Plaza East Shopping Center
Charleston, WV 253_
Website: workforcewv.org
Email:
Phone: 304.558.0291
Fax: 304.558.1979
(Veterans are our priority", and wf training)

WV Department of Tourism
Amy Goodwin, Commissioner
90 Macworld Ave, So
South Charleston, WV 25303-1443
Website: gotowv.com
Email: Amy.S.Goodwin@wv.gov
Phone: 304.957.9345
        800.225.5982
("REAL" and Economics of, and created app, and "Discovery", all applied to create a
reinvigorated philosophy, based on my IP, the "Economics of" to revitalize as per my prior work.
This includes additional street fests, block parties and fairs, and "local tours")

Michael J. Martirano, Ed.D. State Superintendent of Schools
Email: dvermill@k12.wv.us
Michael I. Green President, Board of Education
Email: vharris@k12.wv.us
West Virginia Department of Education
Building 6, Suite 264
1900 Kanawha Blvd., E
Charleston, WV 25305-03030
Email: wvde.hr@k12.wv.us
(Liz Bryant)
Website: http://wvde.state.wv.us/
Phone: 304.558.2702

Brownfield Listing
Dan French, Founder/CEO
Tim Hansen, Founder/COO
Jim Mitchell, Chief Diligence Officer/CDO
Scott Pope, CFO & SVP of Strategy
Chris Olson, Senior Advisor of Corporate Land holdings
2058 W Chicago Avenue
Chicago, IL 60622
Website:
Email: info@brownfieldlistings.com
Phone: 312.988.0256

West Virginia Department of Health & Human Resources WVDHHR ("connect")
Office of the Secretary
Karen L. Bowling, Secretary
One Davis Square, Suite 100 E
Charleston, WV 25301

Website: www.dhhr.wv.gov
Email: dhhrsecretary@wv.gov
Phone: 304.558.0684
Fax: 304.558.1130

We The People
The White House
President Obama
1600 Pennsylvania Avenue, NY
Washington, DC 20500
Website: https://petitions.whitehouse.gov
Email:
Phone: 202.456.1111
Switchboard: 202.456.1414
(In Sep/Oct _, I set up a Facebook group page based on a particular issue at the time, after
starting with a write-up summary, and subsequent call to action. The Facebook process never
proceeded past the initial setup stage. I never received the email to finalize, and after
approximately half a dozen contacts through Customer support to resolve – I tried one or two
additional set ups – to No Avail. The group name: "We The People". Approximately three-and-a-
half years later, I encounter the White House "We the People" website, while working at the
West Virginia State Capital for the Senate Legislative 2016 Session.

State of West Virginia
Governor Earl Ray Tomlin
Office of the Governor
State Capital Complex, Building 1
Office of the Governor Phone: 304.558.2000
(A number of programs, since my relocation to West Virginia, much of which is based on
academic, (primarily master, and some bachelor) projects most recent – use of my marketing
strategy "one click", used in promo of Substance abuse program, just after I wrote and
submitted my patent application, (provisional); industry and job information data, compiled into
data analysis, to provide info, (on office promo screen); stream cleanup in Logan County, .

The Department of Administration, WV
Mary Jane Pickens, Acting Cabinet Secretary
800.345.4669
Chip McDowell, Acting Director Aviation
304.558.0403
Building 1, Room E119
1900 Kanawha Blvd.
Charleston, WV 25305
Website: www.administration.wv.gov
Email:
Phone: 304.558.4331

Office of the Attorney General
Attorney General Patrick Morrisey
State Capital Complex Building 1, Room E-26
1900 Kanawha Blvd., E
Charleston, WV 25305-03030
Phone: 304.558.2021

Tulk, Sherry A.

Email: consumer@wvago.gov

Appalachian Regional Commission
Earl Gohl
Federal Co- Chair
1666 Connecticut Avenue, NW
Suite 700 Washington DC 20009-1068
Phone: 202.884.7700
Email: info@arc.gov guyland@arc.gov

Appalachian Regional Commission
Governor John Kasich
Appalachian Regional Commission
John Wilson, Director Governors Office of Appalachia
141 College Lane
Poland, Ohio 44514
Email: jason.wilson@development.ohio.gov

Karen Fabian
77 South High Street,
24th Floor Columbus, OH 43216-1001
Phone: 614.644.9229
Email: karen.fabian@development.ohio.gov
Business 2 Community
Brian Rice, Co-owner
Email: brian@business2community.com
Dan Criel, Co-owner

Philadelphia, PA
Website: www.business2community.com
Email:
Phone:

GVEDC
Steven Weir
Charles Sheets

5188 Potomac Highlands Trail
P.O. Box 70
Green Bank, WV 24944
Email: casheets4@yahoo.com

Julie Anne Patty
Greenbrier Valley Economic Development  Corporation
P.O. Box 33
804 Industrial Park Rd.
Maxwelton, WV 24957
Phone: 304.497.4300 304.497.4330
Website: www.juliannepatty.com
Email: JANNE@JULIANNEPATTY.COM
JACKSON, WY, 917-274-7842

66

Create WV
Sarah Halstead, Co-Founder, Board President
1506 Kanawha Blvd., W.
Charleston, WV 25387
Website: www.createwv.org
Email: sarah@createwv.org
Phone: 619.865.5132
(_, Building Creative Communities for the Innovation Economy, Support Innovation, Community
Innovation Fund, Fund Resilience, Design for everyone, )

Republican Party, WV
Conrad G. Lucas, II, Chairman
Roger Hanshaw, Associate Chairman
P.O. Box 2711
Charleston, WV 25330
Website: wvgop.org
Email: wvgop@wvgop.org
Phone: 304. 768.6083
Fax: 304.768.6083

Patrick Lane

Hillary Clinton for President
P.O. Box 5256
New York, NY 10185-5256
Website: www.hillaryclinton.com
Email:
Phone: 646.854.1432
Hillary Clinton, Candidate for President Website: www.hillaryclinton.com ("'Stronger' Together";
not in husband's limelight or continue his agenda; using in quiet  moments what drives her; "for
kids" ad, (after came out about me and my elementary education degree after my calling out
local/state WV use of my education strategies;

West Virginia Democratic Party
Belinda Biafore,
Chair
Christopher J. Regan
Larry Puccio,
717 Lee Street, E, #214
Charleston, WV 25301
Website: www.wvdems.com
Email:
Phone:

Senator Joe Manchin
900 Pennsylvania Avenue, Suite 629
Charleston, WV 25302
Website: www.manchin.senate.gov
Email:
Phone: 304.342.5855

Tulk, Sherry A.

Fax: 304.343.7144

Republican Party, National
Reince Priebus, Chairman
Sharon Day, Co-Chair
Luke Messer, Republican Policy Committee Chairman
320 First Street, SE
Washington, DC 20003
Website: www.gop.com
Email: ecampaign@gop.com
Phone: 202.479.7000

Democratic National Committee
Harry Reid, Senate Democratic Leader
Nancy Pelosi, House Democratic Leader
Debbie Wasserman Schultz, National Committee Rep
430 South Capitol Street Southeast
Washington, DC 20003
Website: www.democrats.org
Email:
Phone: 202.863.8000

Harry Reid, Senate Democratic Leader
522 Hart Senate Office Building
Washington, DC 20510
400 SD out Virginia Street, Suite 902
Courthouse & Federal Building
Reno, NV 89501
Website: https://democrats.senate.gov
         www.reid.senate.gov
Email:
Phone: 202.224.7327
        775.686.5757

Nancy Pelosi, House Democratic Leader
Office of the Democratic Leader
H-204, US Capitol
Washington, DC 20515
Website: www.democraticleader.gov
Email:
Phone: 202.225.0100

The Small Business Administration, (SBA)
Maria Contreras-Sweet, Administrator
409 3rd St, SW
Washington, DC 20416
Website: www.sba.gov
Email:
Phone: 800.827.5722

Canadian Government

Tulk, Sherry A.

Transit

NRDC Urban Solutions

Turn, Inc.

US Business

PR News

Social Quant, Inc.

GrowthHackers

Curalate

Mashable

SlickText.com


Marketing Company: Commercials

---

Toby Willard
Ken Paukowits
American Express
American Express Financial
Plenti Points program
200 Vesey St. New York, NY 10285
Telephone: (212) 640-2000
Email: partners@plenti.com

This recently established program connecting participating American corporate giants, in a promoting manner through business-to-business relationship development, and related technology is modelled after business board, dba. This is a business marketing concept developed by Sherry A. Tulk, owner, and sole inventor. This model is under United States Copyright and patent pending status and protection. A Cease and Desist letter was sent certified to American Express Plenti Points program, with verification to be received November 15, 2015.

---

Tulk, Sherry A.

Jerald L. Kent, Chairman and Chief Executive Officer
Kevin A. Stephens, President,
Commercial and Advertising Operations
Craig Rosenthal, Senior Vice President,
General Counsel
Sudden Link Media
20 Maryville Centre Drive
St. Louis, Missouri 63141
Brent Skinner,
Vice President of Advertising Sales Central Media
Sudden Link Media
1820 South Southwest Loot 323
Tyler, Texas 75701

This letter is to serve as notice to Sudden Link Media to Cease and Desist its' video ad business marketing program. This program is on its face infringement of patent pending, and established Copyright status and protection, and overall consistent with both protections referred to. As the sole creator of the invention, I am also the owner of the Copyright and patent pending status. A verification of Cease and Desist status was requested to be received by October 31, 2015.

---

Safe Water Advocates
Charleston, WV

Website: http://asws-wv.org/
E-mail: advocatesforasafewatersystem@gmail.com

This letter is written to provide notice to Safe Water Advocates organization, and local leaders who are involved. The notice is in regard to the recent campaign for public take-over of the privately held water system currently owned by West Virginia American Water. This request is two-fold, either give credit for the idea and overall strategy and action plan to the individual due, myself, Sherry A. Tulk, or Cease and Desist the recent efforts to avoid legal action against the afore-mentioned.

While my attendance of meetings, contributions and intention was giving and sharing of my profession, education, experience and skill in a voluntary capacity, while getting involved in my new city/state of residence, it was by no means intended for the group or any individual(s) of said group to take credit for that contribution. The ideas I contributed in a selfless manner are still mine, and made possible by my prior research, work, education, and skill development, all of which are the direct result of much personal sacrifice. Although I contributed as a group member, I did NOT GIVE any idea to be taken over, and expected the same treatment as other group members of which, included respect and recognition of individual personal contributions. I find these actions of not only not receiving the same treatment of respect and professional contribution recognition, as well as the taking of my ideas and professional contribution, to be nothing short of offensive, disrespectful and wholeheartedly unethical and unprofessional behavior on the part of some Safe Water Advocates group leaders. Requested resolution of, (credit for strategy), by October 15, 2015.

70

Tulk, Sherry A.

Attention: Michael J. Martirano, Ed.D.
State Superintendent of Schools
Email: dvermill@k12.wv.us
Michael I. Green, President,
Board of Education
Email: vharris@k12.wv.us
West Virginia Department of Education
Building 6, Suite 264
1900 Kanawha Blvd., E
Charleston, WV 25305-03030
Email: wvde.hr@k12.wv.us
(Liz Bryant)
Website: http://wvde.state.wv.us/
Phone: 304.558.2702

A recently advertised position for your department, Public Outreach Communications Manager, for the Superintendents Office, Office of Communications and Partnerships, Charleston of West Virginia, reads as and in part, models after my copyrighted and patent pending business board, dba, and City Health Initiative. Both are concepts I developed. The first is a business marketing concept created by me, Sherry A. Tulk, owner, and sole inventor. As mentioned, this is under United States Copyright and Patent Pending status and protection. The City Health Initiate is also a strategy I solely developed, and of which business board is an extension. Thus, this is the reason for this request. A verification of Cease and Desist status receipt was requested by April 15, 2016.

———————————————————————————————————————

Since relocating to Charleston, WV in summer 2014, I quickly saw the same pattern of implementing my intellectual property begin, (as well as stalking and harassment), and accelerate. This has occurred at all levels of government and community organizations. While my profession of choice is in part motivated by the desire to make a difference, I in no way wish for this to be at my expense, yet that is exactly what is happening. This pattern which began in Ohio, unfortunately continued here in WV after relocation. I have absolutely no intention to allow this to continue without taking recourse to remedy.

Shortly after arrival, my experiences here reflected that the move did not halt the pattern. I then pursued assistance from various levels of law enforcement, to no avail. The pattern eventually became an avalanche of every project, research, and creation I have ever conducted, been a part of, developed, and/or created, being implemented across the state, nation, and some globally. It became apparent a complete access of all my files had occurred. Additionally, projects I had proposed in my prior city of residence when this hellific situation began, we're also begun here. The following is a list of projects specific to the State of WV. This list includes introduced legislation based on my IP.

1.  A recently advertised position for your department, Public Outreach Communications Manager, for the Superintendents Office, Office of Communications

71

Tulk, Sherry A.

and Partnerships, Charleston of West Virginia, reads as and in part, models after my copyrighted and patent pending business board, dba, and City Health Initiative. Both are concepts I developed. The first is a business marketing concept created by me, Sherry A. Tulk, owner, and sole inventor. As mentioned, this is under United States Copyright and Patent Pending status and protection. The City Health Initiate is also a strategy I solely developed, and of which ©business board is an extension.  (A letter was forwarded to this department specifically).

2.	The State of WV website redesign. This design incorporates three of my designs together into the new state website. The first is a design I used in prior presentations as a student, and again for a community-based proposal. The other two are the two different styles of my business website, business board.

3.	The White Houses We The People

4.	Other aspects of Tulk Enterprises, LLC, Slainte, and my business board, copyrighted and patent pending application, incorporated into various programs. Of particular interest is my experience at the Morgan Patent and Trademark Resource Center, (PTRC) July 2015. I traveled to the Center, as I decided this to be the most protective patent application submittal site. As I started the online application process on the PTRC pc, it would not recognize my flash drive. As Marian Armour – Gemmell, of the Morgantown PTRC, sat with and assisted me, she retrieved a WVU laptop, which did "read" my flash drive. This allowed me to get started and continue through the application. Despite this, when complete, I clicked "submit", the screen immediately returned to the first application page. A validation notification was not provided. When I returned home, I contacted the USPTO, who affirmed the application was not received by the USPTO. While I quickly remedied the situation and resubmitted the application, this was a cause for concern.

5.	Entrepreneurial, Manufacturing, Shale, Technology and Chemical, Innovation economies incorporating my research, work and resulting conclusions into existing/new programming here in WV.

6.	WVEDC

7.	WV Tourism: 1. Project for Master Capstone required course, of which, I focused my perspective on Economic Development; 2. REAL; is a life-commitment word for me.

8.	Regional, diverse, economic development, entreprenuership, based on local, with a focus on global, and workforce training and specifically apprenticeship programs. Also which includes an Integrated Planning & Economic Development approach, a perspective and phrase I coined in a summary of my City Health Initiative. Including via various Economic Development Corporations around the State of WV, such as; WNHAC, GVEDC, Marshall University Lewis College of business, The WVU Research Corp., Strong Mountain Communities, The Community Hub, RCBI.

9.	Federal FAST ACT: my Transportation Innovation incorporated

10.	Smart Growth America: my Transportation Innovation incorporated

11.	Federal Workforce Innovation; incorporating aspects of my IP, research and conclusions

12.	Veteran Programming: White House

13.	A Community-based, Government, University, Healthcare, and businesses  Collaborative Model, key component of a City Health Initiative I created in 2005, to foster a Health Economy, and of which is transferable to other sectors.

14.	Food Safety Modernization Act

15.	Public take over of Water system

72

Tulk, Sherry A.

16.    Legislation, Introduced, whether or not moved forward or passed,  and of which this list may not be comprehensive, as the list includes those I am aware of. Attached.

This Cease and Desist letter is written in attempt to resolve this unacceptable situation, and to halt this unprofessional, ongoing, unauthorized use of my IP is. Verification of Cease and Desist status of infringement can be forwarded  to the address above. If not received by April 15, 2016, to the address listed below, legal action will be commenced. Thank you for your prompt attention in this matter.

---

Appalachian Regional Commission

Earl Gohl Federal Co- Chair Appalachian Regional Commission 1666 Connecticut Avenue, NY Suite 700 Washington DC 20009-1068 202.884.7700 Email: info@arc.gov guyland@arc.gov Governor John Kasich Appalachian Regional Commission John Wilson, Director Governors Office of Appalachia 141 College Lane Poland, Ohio 44514 Email: jason.wilson@development.ohio.gov 77 South High Street, 24th Floor Columbus, OH 43216-1001 614.644.9229 Email: karen.fabian@development.ohio.gov Governor Earl Ray Tomlin Office of the Governor WV State Capital 1900 Kanawha Blvd. Charleston, WV 25305 Office: 304.558.2000 Steven Weir Charles Sheets GVEDC 5188 Potomac Highlands Trail P.O. Box 70 Green Bank, WV 24944 Email: casheets4@yahoo.com Julie Anne Patty Greenbrier Valley Economic Development  Corporation P.O. Box 33 804 Industrial Park Rd. Maxwelton, WV 24957 304.497.4300 304.497.4330 www.juliannepatty.com JANNE@JULIANNEPATTY.COM JACKSON, WY, USA917-274-7842 JANNE Trade Industry Development Magazine North Consulting, Inc. The WV Community Hub 103 Adams Street, Suite 200 Fairmont, WV 26554 681.404.6054/6122 **Kent Spellman** Executive Director
103 Adams Street, Suite 200 Fairmont, WV 26554 k.spellman@wvhub.org 304-476-3838 Strong Mountain Communities Isak Howell 117 E Washington St Lewisburg, WV 24901


Recent and prior media, community events and legislation have clarified that my intellectual property, the creation resulting from my research and analysis, Master level education, and a life-time of skill development are being implemented by your organization. My field of choice is in part, a commitment to making a difference. This does not in any way equate to a willingness to allow others to not only implement, but take credit for my creations. Of particular note, is that I was contacted by Mr. Earl Gohl, in the summer of 2012. His contact was inquiring of my interest in an internship position with programming, which he informed me was hush-hush during this planning stage. Although at that time I affirmed potential interest, I provided no input or any of my research. Despite this, the Appalachian Regional Commission created programming reflective of my City Health Initiative. This includes local foods and economy, poverty reduction and inclusion, collaborative partnerships, economic development, including regional economic development and pursuit of economic diversification, and overall pursuit of a health-based economy, and community and individual health. The mission is in fact reflective of key aspects of my City Health Initiative:

"ARC's mission is to innovate, partner, and invest to build community capacity and strengthen economic growth in Appalachia to help the Region achieve socioeconomic parity with the nation. The Local Foods, Local Places Initiative provides tools for Appalachian communities to make local food more impactful for local economies," said Appalachian Regional Commission (ARC) Federal Co-Chair Earl Gohl. "It's exciting

73

Tulk, Sherry A.

to see how community leaders leverage federal support to build stronger and healthier economies across Appalachia."

Furthermore, every Appalachian organization is implementing these strategies I've developed since that time. Also, I've recognized additional aspects of my research and work, beyond the City Health Initiative, such as the basis of my marketing business, business board, being implemented through this programming.  Interesting, I never heard back regarding the internship in 2012. Last, the attached excerpts are outright copyright infringement of my City Health Initiative, of which, "Integrated Planning and Economic Development" is a key component a phrase I coined, as outlined in my summary of this Initiative.

Therefore, Verification of Cease and Desist status of infringement can be forwarded  to the address above. If not received by April 15, 2016, to the address listed below, legal action will be commenced. Thank you for your prompt attention in this matter.


## Rainelle, WV Receives 2016 Federal Local Foods, Local Places Award to Integrate Local Food Strategies into Main Street Revitalization and Public Health Efforts ARC Support to Help The Town of Rainelle, WV Implement Community Development Plans

**The Greenbrier Valley Economic Development Corporation,** in conjunction with numerous local partners, completed the application for this technical assistance grant for Rainelle and surrounding communities.  GVEDC Peggy Crowder, Marketing/Financial Director states, "The GVEDC focus on Rainelle is to build a strong local food system within its community to increase access to healthy local food, promote childhood wellness and improve downtown/community revitalization.  We are very excited to work with the team of experts to create an action plan to better equip Rainelle for a brighter future.  These actions will ultimately boost economic growth in Rainelle and surrounding communities."

With the 2016 awards, 60 communities nationwide are now participating in the Local Foods, Local Places Initiative. Twenty-two, or more than one-third, of these communities are in the Appalachian Region.  ARC is providing direct support to these communities to help them implement their local food strategies as part of their economic development efforts.

Local Foods, Local Places is a partnership between ARC, the Delta Regional Authority, the U.S. Department of Agriculture, the U.S. Centers for Disease Control and Prevention, the U.S. Environmental Protection Agency, and the U.S. Department of Transportation. Launched in 2014, Local Foods, Local Places is also part of the White House Rural Council's Rural Impact work to improve quality of life and upward mobility for children and families in rural and tribal communities.

Previous Local Foods, Local Places communities in Appalachia include Corbin, Kentucky, which expanded its farmers markets and other small businesses; and Williamson, West Virginia, which integrated local food strategies into the town's community health efforts.

Local food is a targeted investment sector in ARC's 2016-2020 strategic plan. More information about ARC's investment in local food development is available at www.arc.gov/localfood.

74

Tulk, Sherry A.

## GREENBRIER VALLEY: GROWING PROSPERITY

The Greenbrier Valley Economic Development Corporation in Maxwelton, WV announces a published article in the Trade & Industry Development May/June 2015 magazine, a publication through Due North Consulting, Inc.  T & ID is a bimonthly publication that is dedicated to site selection. Each issue highlights a specific targeted market and is sent to decision makers within that market.
 The article, "Greenbrier Valley, West Virginia: Growing Prosperity", written by Juli Anne Patty,  features a case study of the economic development program used by the Greenbrier Valley Economic Development Corporation (GVEDC) while, at the same time, showcasing the attributes of the region. Stephen Weir, GVEDC Executive Director, was instrumental with the development of the case study which conveys the GVEDC's unique economic approach, an asset based, called integrated economic development.   This approach involves analyzing the area's gifts and expanding on them to develop a better community.
Stephen Weir stated, "We are trying to create sustainable ideas and programs, industries and businesses that will feed each other as they grow."
The GVEDC has progressed with many initiatives and collaborative efforts.  The Greenbrier Valley Local Food Initiative has been very successful in assisting local farmers.  The Greenbrier Valley Grown Brand is utilized by many local producers and recognized by many consumers. The next initiative that will soon be launched is the Local Food First campaign.
 Much support and partnerships have been formed due the great work of many individuals and organizations in this region.  The GVEDC anticipates greater growth for the Greenbrier Valley.  Tom Cross, VP of the GVEDC Board of Directors, stated, "I have always been excited about the future of our Greenbrier Valley, and this article just makes me more excited about our future.  The future of the valley starts now."
 The case study is a great article.  To read the entire article and links to all our websites, please visit gvedc.com.   Also, look for the GVEDC Quality of Life piece, written by Stephen Weir, in the T & ID July/August 2015 publication.
Read the full article: Greenbrier Valley: Growing Prosperity.
About the author, Juli Anne Patty
http://www.gvedc.com/

---

parity with the nation. The Local Foods, Local Places Initiative provides tools for Amy's message spoke of the positive aspects of tourism in West Virginia, one of which is its people. She noted that West Virginians are the number one tourist in WV, with Ohio being second. Starting with WV residents, it is important to educate all of what WV has to offer.

Amy emphasized the importance of staying relevant with the start of revamping the state tourism's website. Her staff is fully utilizing all social media. She stated "We need to grow and thrive, be creative, dynamic and seek opportunities. We need to create new experiences to obtain loyal customers. Our return on investment needs to be large". "With a decreased budget, we must do more with less. Our call center is going to be revamped. People today want information extremely fast. We need to tap in with what motivates people to come to our state, spend money and want to come back". Amy said she welcomes any feedback at Amy.S.Goodwin@wv.gov.

Amy took the time after her message and the dinner, to meet with those attending and answered questions. Louise Barnisky, Marlinton Councilwoman, stated, "I am thankful for the invite to tonight's event and it was nice to see people she has known for such a long time ago. It would be nice to see good things come to Marlinton especially funding for a water plant. She enjoyed hearing Amy's message and hopes she will come to Pocahontas County". Bill Shiflet, GVEDC board member from Monroe County stated, "It was a wonderful evening. Amy seems to be right on track with educating WV first on tourism".

Amy took special time to have a conversation with Cara Rose, Executive Director of Pocahontas County and Convention Visitor's Bureau and Kara Dense, Executive Director of Greenbrier CVB. Kara Dense stated," The dinner was a wonderful opportunity to hear our new WV Tourism Commissioner, Amy Shuler Goodwin, speak of her direction for the Division of Tourism. Tourism is such a powerful economic driver in the Greenbrier Valley and important to every county in the Greenbrier Valley. I thank the GVEDC for having her."

## The Importance of Entrepreneurism and Economic Development in the Greenbrier Valley: Two Programs of the GVEDC Successfully Address the Issue

The GVEDC has made within all its economic development programming, a commitment to include programs and projects that promote business growth through entrepreneurism. The maturation of the process of promoting the development and sustainment of entrepreneurs has netted some recognition for the GVEDC. Two programs, the Entrepreneurial Development Project and the Local Food Initiative have garnered some recognition for their role in promoting business as a career opportunity. The purpose of this project is the development of an entrepreneurial education program imbedded in the local elementary junior high school curriculums while integrating other entrepreneurial awareness building into the overall economic development strategy of the Greenbrier Valley Economic Development Corporation (GVEDC), the multi-county local development organization responsible for the region's business growth and development.

The sixth graders in the Greenbrier County middle schools, where the project was initiated, were presented with an entrepreneurial "creative thinking" pilot project. The Communities in Schools program will be used to implement the first year. A job shadowing program would be implemented in the second year.

Other entrepreneurial programs targeting middle school students are also being evaluated. The Kauffman Foundation has permitted the use of the online site for its "All Terrain Brain" program as a resource in the development of this project.

The facilitator and program coordinator of this grant is Katie Ickes, who served as the Executive Director of the Greater Greenbrier Chamber of Commerce for seven years. Katie Ickes, working with New River Community and Technical College in association with Greenbrier Valley Economic Development, has partnered with Communities in the Schools to teach the Mindset for Success program at Eastern Greenbrier Middle School and Western Greenbrier Middle School.

A number of news outlets have done stories on this program and Katie has been invited to make presentations and join panel discussions about her project. The Mountain Messenger's article entitled "Mindset for Success Program Making a Difference at Middle Schools" highlighted this program. It stated, "Many students do not have a vision of their future and believe they are limited by their current circumstances. Lacking long term goals, they choose to live for the moment and often make unsafe and unhealthy choices. The Mindset for Success program is being presented at Eastern and Western Greenbrier Middle School to address this problem and to encourage innovative and creative entrepreneurial thinking. The program has some components of the All-Terrain Brain program from the Kauffman Foundation for Entrepreneurism. The All-Terrain Brain program and Kauffman's Icehouse program ascertain that having a vision for the future and working towards goals can lead to success and encourage choices that avoid detrimental behavior. An observing teacher noted, "The greatest aspect of this program is that it was that the students who normally struggle in core classes, excelled in this class. It brought students of different levels together as a team and it encouraged them to think outside the box."

In November, 2013, the Appalachian Regional Commission held a conference in Charleston highlighting the developing trend of encouraging and supporting entrepreneurship in Appalachia as a means by which to transform its economy. The conference was entitled "Toward Prosperity: Entrepreneurship; Transforming the Appalachian Economy". The ARC presented a series of case studies to the attendees entitled, "Entrepreneurial Appalachia: Case Studies in Evolving Economic Sectors." The featured sectors included energy, health, manufacturing and local food. The local foods case study featured the Greenbrier Valley and the Greenbrier Valley Economic Development Corporation's Local foods Initiative (GVLFI).

The Appalachian Regional Commission is a federal regional economic development organization created through a joint partnership of federal, state, and local government. Established by Congress in 1965, ARC works to promote sustainable community and economic development in Appalachia.

This report examines the trends fostering a change in the local economies of the region, demonstrating how these changes came about through the use of case studies. Each study examines a particular sector, those involved, how the change took place and the results to date. The reports overview states, "Throughout Appalachia, entrepreneurs are forging a new economic model — one based on local investment and local ownership — and their impact is already being felt in some of the Region's evolving economic sectors… Prompted in part by Appalachia's need for economic diversification, the ARC supported this research as a way to summarize entrepreneurial opportunities within these economic sectors and to examine innovative projects that demonstrate multiple benefits to rural and underserved communities."

Tulk, Sherry A.

The study notes the trends, opportunities and challenges facing the local food productions sectors in Appalachia, saying "The local food sector is particularly promising for the Appalachian Region. Appalachia possesses a variety of cultural assets supportive of local food system development… Appalachia is also home to some of the nation's most visionary leadership in the local food movement…"

The Greenbrier Valley, in southeastern West Virginia, is the watershed shared by Pocahontas, Greenbrier, and Monroe counties. While efforts in the local food economy have a long history, related initiatives that have been operating since 2010 show great promise. These initiatives include: ¬ The Greenbrier Valley Local Foods Initiative (GVLFI): The initiative, a project of the Greenbrier Valley Economic Development Corporation, provides technical assistance and training for food and farm entrepreneurs; recently launched the "Greenbrier Valley Grown™" brand; and is exploring the feasibility of a processing, aggregation, and distribution facility for area farmers.

Collaboration between mainstream economic development institutions and grassroots organizations has been integral to the development of the Greenbrier Valley local food economy. The Greenbrier Valley Economic Development

Corporation (GVEDC) has helped area farmers markets access funding, acted as the fiscal sponsor for non-501(c)(3) organizations, and provided office space for start-up groups. In addition to providing local market outlets, grassroots organizations like the Monroe Farm Market, the Pocahontas County Farmers Market and the Greenbrier Valley Pasture Network also conduct community outreach and education, provide networking opportunities for growers and local food supporters, and help leverage additional resources for the continued development of the food economy. AmeriCorps VISTA positions have been used widely and successfully to increase the capacity of grassroots efforts and train the next generation of local food leaders.

The investments of local, regional, and national funders have also been critical to the development of West Virginia's local food economy. In 2012, West Virginia received 2 out of the 13 federally awarded Rural Jobs Accelerator

Grants offered through a partnership between the Economic Development Administration, the USDA Rural Community Development Initiative and the Appalachian Regional Commission. Also, since 2009, the Natural Capital Investment Fund, through its participation in the Central Appalachian Network (CAN), has provided critical startup funding and organizational development support to grassroots local food efforts.

 parity with the nation. The Local Foods, Local Places Initiative provides tools for

Dr. Washington's message spoke of a multitude of educational opportunities for traditional and non-traditional students in the five NRCTC campuses.  Dr. Washington also spoke about the many levels of partnerships NRCTC have with area businesses, non-profit s and individuals.  These collaborative efforts have led to identifying the educational needs of the community and utilizing many available resources.  One such effort has led to the One Room University in Marlinton, WV.  It is great example of overcoming obstacles in rural areas. Greenbrier Valley Economic Development Corporation, Greater Greenbrier Chamber of Commerce and New River Community and Technology College have partnered to present Entrepreneurial Cafes and plan to implement entrepreneurial educational programs in the Greenbrier County school system.  Dr. Washington attended the last Entrepreneurial Café and was highly impressed with the presentations and local talent.

"The support of President Washington and New River has been crucial to the success of the Cafes.   I appreciate his understanding of the importance of developing an entrepreneurial mindset through our student programming and supporting our present entrepreneurs to grow our local economy in the 21$^{st}$century," stated Katie C. Ickes, Entrepreneurial Program Coordinator for GVEDC.

Stephen Weir, Executive Director of GVEDC, completed an overview of GVEDC's latest efforts with the GVEDC Food Program, creating new business in wood products and continued expansion with technology with ABB Appalachian Electronics and UTC.

The Greenbrier Valley Economic Development Corporation assists the needs of the business community of Greenbrier, Monroe and Pocahontas Counties, West Virginia. We provide a variety of services to new and existing businesses such as: business financing, general and technical assistance, site selection and most importantly, the highly skilled and loyal West Virginia Workforce.

U.S. Department of Transportation:

May 14, 2016

This letter is to serve as notice to the United States 11th Congress, House of Representatives, and the U.S. Department of Transportation, to resolve intellectual property infringement acts.

Transportation Innovation, a transportation strategy I developed, and prior transportation strategies as part of the "City Health Initiative", are game-changing Urban Planning and Economic Development concepts I developed. My reason for writing is that these strategies and the tactics and actions to implement are, and were Not, made available for anyone's use. Despite this, Transportation Innovation was incorporated into the FAST ACT, and the core Transportation Strategy of my City Health Initiative and Transportation Innovation, are both key to the U.S. Department of Transportations current Collaborative, Community and Economic Transportation Programming.

The City Health Initiate is also a strategy I solely developed,  and of which, after creating, my intention was to implement through a professional position. When position attainment was not realized, I eventually started my own Urban Planning and Economic Development Consulting firm. The value proposition and niche is that of Health. The Health Planning as Theory defines and clarifies a Health perspective. Application of a true Health planning practice, Integrates a Comprehensive Strategy, ensures missing tactical elements and

Tulk, Sherry A.

considerations, and differentiates provisional and functional societal systems. Transportation Innovation, when I created, was from a similar mindset, and naturally fits within the City Health Initiative, Comprehensive Strategy.

I am seeking both resolution and intellectual property protection. My contact information is included.  Although my preference is an amicable resolution, I will no hesitate to take legal action if necessary. Thank you for your prompt attention in this matter.


Sent: Email: December 4, 2015, and Regular mail December 10, 2015        November 16, 2015

Chris Zimmerman Smart Growth America 1707 L St. NW, Suite 250 Washington, DC  20036
202-207-3355info@smartgrowthamerica.org
http://www.smartgrowthamerica.org/about/contact-us/

Dear Mr. Zimmerman:

This letter is regarding a recent email received from you, as representative of SmartGrowth regarding a transportation strategy. The email sent November 16, 2015, announced a plan for New Jersey and two other cities to apply a new transportation process, of which, is a process I developed. I dubbed this "Transportation Innovation", as a new methodology of evaluation and provision of transportation, titled infrastructure, funding. Further, although I did not provide the strategic concept to anyone, my laptop was hacked, and subsequent flash drives were stolen; soon after I began seeing this, and other of my solely developed concepts in print.


My profession and intellectual property are priority and valuable to me, as I'm sure you can understand. This is a concept I created, and have had, nor still have no intention of giving away, and of which, I am in  process of protecting, in addition to other singularly  developed concepts for implementation via my consulting firm. The long and short of which is, this is a letter to Cease and Desist use of my intellectual property. Please send correspondence detailing your intellectual property regarding this strategy, and Cease and Desist validation to:

80