# UNITED STATES DISTRICT COURT

for the

## SOUTHERN DISTRICT OF WEST VIRGINIA



FILED
JAN - 4 2019
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

**SHERRY A. TULK**

**PLAINTIFF**                                                                        CASE NUMBER: 2:17-cv-00685

MOVE FORWARD WEST VIRGINIA, WV HISTORY MUSEUM, ARTS & CULTURE, FORMER GOVER, EARL RAY TOMBLIN, GOVERNOR JIM JUSTICE, WV TOURISM, WV ATTORNEY GENERAL PATRICK MORRISEY, CITY OF CHARLESTON, CITY OF HUNTINGTON, WEST VIRGINIA REPUBLIC PARTY, DEMOCRAT NATIONAL PARTY, REPUBLICAN NATIONAL PARTY, FORMER CHARLESTON MAYOR DALEY, JOE MANCHIN, AMY GOODWIN, CHARLESTON MAYOR ELECT, FREDDIE HAYES JR, BRANDON STEELE FOR HOUSE DELEGATE, WV DEMOCRATIC PARTY, HUNTING DEMOCRATIC PARTY, CHARLESTON DEMOCRATIC PARTY, CITY OF HUNTINGTON MAYOR STE WILLIAMS, COMMUNITY HUB, UNLIMITED FUTURES, WV DEPARTMENT OF COMMERCE, WV WORKFORCE, WV DHYHR, PROPERTY CONNECTION, KENTUCKY SOAR, SOUTHWESTERN COMMUNITY ACTION COUNCIL, WV STATE LEGISLATURE, SENATE & HOUSE, CHARLESTON AREA ALLIANCE, MARSHALL UNIVERSITY, WV UNIVERSITY, UNIVERSITY OF CHARLESTON, MOUNT WEST COMMUNITY COLLEGE, WV STATE UNIVERSITY, WALLET HUB, TAMARACK, WV DEPARTMENT OF EDUCATION & ALL COUNTIES, DAILY MAIL, BROOKINGS INSTITUTUE, LADDER, JANET BURNETT OF LADDER, VALERIE BAUMAN OF DAILY MAIL, ADAM MCCANN OF WALLET HUB, MARCUS M. STUART, ASSOCIATE PROFESSION OF MANAGEMENT AT BENTLEY UNIVERSITY, CITY OF CHICAGO, SOUTHWESTERN CHICAGO DEVELOPMENT CORPORATION, FREDERAL BUREAU OF INVESTIGATIONS, UNITED STATES PATENT & TRADEMARK OFFICE, APPALACHIA PROGRAM AND PROJECT AND ALL AFFILIATES, KANAWHA COUNTY PLANNING COMMISSION, CITY OF CHARLESTON PLANNING COMMISSION, CHARLES SCHWABB, GALE UNIVERSITY, WEST VIRGINIA AEROSPACE PROGRAM, NATIONAL FOREST, SUDDEN LINK, COMCAST, AMERICAN EXPRESS, U.P.S., FACEBOOK & FACEBOOK MARKETPLACE, AMAZON, BANK OF AMERICA MERRIL LYNCH, ORRICK ANALYTICs, EXECUTIVE MAGAZINE, AARP, CONSERVATION LEGACY, HEALTH AND WELLNESS MAGAZINE,...

**DEFENDANTS**

## STATEMENT OF COMPLAINT

Here submitted to the Court to resolve the jurisdiction issue, due to distinct separation of same or similar acts of intellectual property unpermitted knowledge of, use, access and not given works of Ms. Tulk's own work and sole ownership thereof, values and identity. This submittal is done in that, the initial submission was unintentionally, but erroneously conducted singularly to one Court of jurisdiction and venue, when in fact two separate and distinct Courts of jurisdiction exist. The distinction is delineated by residence of Ms. Tulk during the acts of complaints suffered.

Actions are separated by residence of Ohio, prior to August 29, 2014, and West Virginia, from August 29, 2014 to time of filing, July 2015, and until relocation again, November 26, 2018. Each Complaint will be filed in the proper Court of jurisdiction and acts suffered therein.

Now comes Ms. Tulk, Plaintiff, for and in regard to the case of her profession work of City Planning, Community Development, Economic Development, Neighborhood Development, and other strategies; such as her City Health Initiative, System and Entity Process and Procedure Methodology and Process Improvement, (And Auditing for), Transportation Innovation, Workforce Development and other ensuing Apprenticeship Programming, Education as a field of service and a local and national system, and developed business strategies of which Community Marketing Integrated Strategy, business board, dba, is a Copyright protected and Patent Pending Strategy, Green, Green Building and Sustainability and Definition, and Plant-Based concept intended for research and product development for her green business; all of which the titles represent detailed, actionable ameliorating strategic plans developed solely by Ms. Tulk, (and the resulting new fields of community Economic Development and Health Planning based on Ms. Tulk's created concepts), and, in addition are Ms. Tulk's extensive files of research, of which together, were kept in electronic storage format, and that which identifies Ms. Tulk as the distinct, unique individual she is. The entirety of works and compiled research were conducted through earning of her Associate, Bachelor, Master, and Economic Development Certification, and her own personal research, time, business establishment and pursuit, all related writings of said work, and Ms. Tulk's values, skill, talent and conduct, in summation to the distinct, unique individual and her works, that makes her and her works, who she and her works are.

Ms. Tulk's developed Business Marketing Strategy referred to in the previous paragraph is a registered Copyright work, (Title 17 201(a)), with the United States Copyright Office, under a Certificate of Registration, (Title 17, Chapter 407(a) and 410), approved and received by said office, Title 17 408, after Ms. Tulk completed the application process of Title 17 409. The Certificate of Copyright Registration is submitted to the Southern District of the United States District Court of West Virginia, as it was submitted under the first filed case of Ms. Tulk's Business Marketing Strategy Copyright Infringement case, 2:cv-11653.

Each of the two separate complaints referred to in paragraph 1 and 2 above of this document, are submitted correspondingly to court of jurisdiction under copyright infringement, Title 17 501(a), (b), (Infringement of Copyright), and 502, (Remedies for Infringement: Injunctions) 503, (Remedies for Infringement: Impounding), 504(a), (c) and (d), (Remedies for Infringement: Damages and Profits), and 505, (Remedies for Infringement: Costs and Attorney's Fees). Additionally, Plaintiff, Sherry A. Tulk, submits with the understanding of the full extent of actions, and respectfully requests of the court, consideration of the full

extent, under Title 17, 506, (Acts of Copyright of Criminal Intent and fraudulent acts), and Title 18, 2319, (Willful Infringement).

The basis of request is validated not only on the extent of dissemination and use, but also the length of time and place, spanning more than a decade and reach from relocation to relocation, i.e., multiple moves on the part of Ms. Tulk to avoid all the circumstances surrounding her sufferings, and attempt a fresh start, now in three states to-date, and multiple cities with the first two states of residence.

Another worthy of note and access, is a pattern of using Ms. Tulk's writings as presented in this document and others through the legal cases of lawsuit filed by Ms. Tulk, three of which were initially filed in West Virginia. Additionally acts of takings also came to include via her pursuit of employment, using writings of her cover letters written in response to open positions and grilled for solutions during the interview process, of which Ms. Tulk had to learn to provide no solution answers. While Ms. Tulk was evidently not hired, her responses became another avenue of taking. This is most clearly illustrated in a common phrase Ms. Tulk used in her cover letters; "from...to..." in regard to her real estate development coursework project description, and her experience description "from (basic)...to...(higher level tasks/skills)" completed.

## BACKGROUND

After relocating to Charleston, West Virginia and becoming employed quickly doing the same type of work as she had while earning her degrees, Ms. Tulk also quickly began work establishing and moving her businesses and protection of her intellectual property forward. This includes incorporating her three businesses with the state, filing for a federal identification number and purchase of a domain for each; businesboard.info, tulkenterprisesllc.usa, and slanteadvantage.com. She also began needed research, created a presentation for potential clients of her marketing business, collected data on sign companies, contacted sign companies for estimates related to the marketing strategy, and created two Crowdfunding campaigns. The first through Kickstarter, the second through Indeigogo. This also included putting up fliers around Charleston promoting her Crowdfunding campaigns, of which All writings including the Crowdfunding materials are in use despite that the material is a Registered Copyright work, as a derivative work of the original, (Tile 17 401(2)), presented to the United States Copyright Office, under the Library of Congress, and is based on a patent pending strategy through the United States Patent and Trademark Office, (Tile 35).

And in fact, after Ms. Tulk's establishment and protection of her solely developed marketing strategy, All of her writings became target of taking for marketing, branding, rebranding, new business, existing business all level of government, and other entity use. Use market was and is not limited to local and West Virginia entities. As Ms. Tulk continues to discover, the previously stated use of by nonprofit, governments and all-size

businesses and corporations is extensive nationally and globally. Following this document, is an extensive, although not exhaustive, list of those using.

      In addition to all of the above is the inclusion of continuing hounding for more and attempts to destroy evidence of Ms. Tulk's ownership. Acts have included repeated hacking and/or accessing without permission, of electronic devices and storage devices. This also includes sending individuals to befriend, and/or get Ms. Tulk talking on a subject, as an attempt to extort, fraud extract her response, if any. A perfect example is while Ms. Tulk worked at Unlimited Futures, for Southwester Community Action Council, Inc., where just after starting at that location, two individuals stopped for a visit in the same day. The first individual came for marketing assistance for his small business, stating the program for small businesses run through Unlimited Futures was of no help. The second individual for campaign material for his supposed Democratic Wayne County Commissioner race. While neither received anything the first couple visits, Fred's Men's Clothing, was tested to verify intent, given "Legacy" and "Family". Since that time, "Legacy: and "Family" have become a major branding tool, just as other of Ms. Tulk's; "It's Time, Real, Fresh, Tough, Fighting, stand Up, (For), More, Best, Best Practices, integrative, Integration, Integrating, Plus, (+), Just, One, and More. Ms. Tulk began a list of keywords and phrases from her writings which have become commonly used in marketing slogans, materials, promotions and writing sin general. Through these ongoing situations and that Ms. Tulk was forced into fighting for her Civil Right to benefit from her own unqiue talent, skill and earned education, each election cycle since 2005 has included multiple candidates using her fight and other phrases, keywords, slogans and works of writing and developed strategies for campaign agenda and material, in addition to the stated branding/rebranding and marketing material, and her work of profession: City Planning, Community Development, Economic Development, Neighborhood Development, and other strategies; such as her City Health Initiative, System and Entity Process and Procedure Methodology and Process Improvement, (And Auditing for), Transportation Innovation, Workforce Development and other ensuing Apprenticeship Programming, Education as a field of service and a local and national system, and developed business strategies.

      Further, Ms. Tulk's life's work is revealed within West Virginia State and Federal Legislation passed between 2014 to present, was later discovered to have occurred prior to Ms. Tulk's relocation to West Virginia, through the Appalachia project and programming. Multiple pieces of WV legislation was introduced based on Ms. Tulk's life's work of Planning, Economic, Community and Neighborhood Development, her City Health Initiative and the strategies which are the basis of her three established businesses. The prior work came through application of, and aspect of, Ms. Tulk's City Health Initiative. The aspect of her Comprehensive Health Initiative is that of a city, state, or nation is only as strong as the least of. The approach, process and program,

which became known as the Appalachia project, was based on Much of Ms. Tulk's Community, Economic, Neighborhood, and other strategies. Even more reprehensible is that Ms. Tulk's more recent work continued over time, to be incorporated into the project and programming, as Ms. Tulk developed and/or wrote new, such as the basis of her Marketing Strategy, as she progressed her business work, and wrote through Copyright and Patent Application, Crowdfunding, Web blog, and business presentation creation.

### MEANS OF ACCESS

Access, as outline below, is a continuation of other cases in progress with this court and continuing of the same acts Ms. Tulk relocated from Ohio to avoid. The below listed acts, although not limiting, portray the same intent, motivation, and greed to acquire Ms. Tulk's work, exploit her for her intellectual property, the benefits thereof, and monetary gain.

Ms. Tulk for years resorted to the only avenue available to her, at no-cost, to protect her work. She did the same in West Virginia, as in Ohio; carry everything and anything she owned in need of protection, sending copies to herself, and other such defensive acts. Her options were limited primarily due to financial constraints due to lack of life-sustaining employment prospects of more substantial means which also continued in West Virginia. Ms. Tulk carried/pulled her most immediate personal valuable, and identification documents and her writings and works. Known avenues of access are listed below:

1. Wifi access: Adelphia, Taylor Bookstore, Muggs
2. Numerous breaking and enterings into Ms. Tulik's apartment while she was not home, or while she slept, where on two occasions as she slept her flash drive became missing, along with multiple minor, but impactful acts of vandalism
3. Ms. Tulk was followed around town and hounded as she moved about the city in pursuit of employment, taking care of personal business, and moving her business(es) forward.
4. While on an exploring West Virginia adventure, Fall 2014, taken by a former friend, Ms. Tulk left her belongings including her computer bag and purse in the trunk of his car. She noted his repeated effort to draw her away from eyesight of his car, while she intentionally, and verbalized she wanted to be careful.
5. While Ms. Tulk worked at the West Virginia State Capital for the West Virginia State Legislature, Senate Clerk, specifically assigned to Senator Michael Romano.
6. While attending West Virginia State Legislature, Senate Receptions, of which Ms. Tulk attended more than half of those scheduled, and brought her belongs.

7. While staying at a former friend's apartment, after she lost her apartment of residence of 18 months. Of note, Ms. Tulk plugged her tablet in to charge overnight, on one occasion. She placed the table under her pillow before falling asleep. This is the one and only time Ms. Tulk left her tablet charging unattended as she slept. When she awoke the tablet was unusable. Ms. Tulk was advised by two technicians that her tablet was sabotaged intentionally, to make unusable. This device was used by Ms. Tulk for all of her writings, was never used to access the internet, in attempt to protection of that writing. Further, this tablet, after leaving West Virginia, has become usable again.

8. Ms. Tulk's mailings accessed at the main branch of the Charleston West Virginia Post Office, on Lee Street. Ms. Tulk mailed items out for protection, to her sister. One such mailing included Ms. Tulk's backup drive, an electronic storage device of her early work.

9. Undermining of employment and thus independence and self-sufficiency. This kept Ms. Tulk in a precarious situation, dependent, and forced into unwanted community living situations, under programming and those carrying out programming, allowing easier access to Ms. Tulk's belongings, (or other such unsafe options). This then also hindered Ms. Tulk's ability to protect herself and her work, in addition to slowing and/or halting moving her businesses forward.

10. Further undermining using her newly purchased vehicle as a money pit, with repeated repairs, the apparent and outright direct result of vehicle tampering.

11. Multiple emails hacked and accessed, in addition to social media. Ms. Tulk lost access to and/or needed to change email addresses and passwords multiple times. Additionally, social media accounts were hacked, and become inaccessible by Ms. Tulk, two Twitter, Facebook, and LinkedIn.

12. This final item is a notation. Worthy of note is that Ms. Tulk found her latest works, writings, slogans, keywords, etc., in use in Ohio and elsewhere around the country, and even globally. As Ms. Tulk gathered information via online of previous employers, references, and education institutions, or any such needed information gathering, she discovered her all referred to previously, in use on different websites of varied corporations, organizations, and government agencies and departments. This same scenario continues to repeat itself to present, through multiple cities, and with another move, a third state.

**SUMMATION**

The above acts refer to varied avenues of which Ms. Tulk became aware after and/or during the acts in attempt to acquire her work, and latest works, and cover the acts and or hinder Ms. Tulk fighting to regain all that has been taken. Hacking for access to her work in real time, when Ms. Tulk used public Wifi, of which she

eventually eliminated the practice of, to pay for Business Center use, Workforce labs, and Public Library system computer labs, none of which have proved completely secure. And a concerted effort to spread Ms. Tulk's work so extensively, drastically and intentionally that Ms. Tulk cannot but experience the act on a daily basis, of branding, rebranding, strategy and concept use; everywhere, from all levels of government, small to corporate business, and local to national nonprofit, and all of these to some extent, internationally. Illegal electronic storage device access, including outright stealing thereof, as referred to above.

Sending individuals, or using those people around her, such as coworkers, in attempt to get Ms. Tulk talking on a particular subject, in order to get more from her, for example; a group of two, on one occasion, and a group of two on two other occasions, came into Ms. Tulk's place of employment of the time. Each group struck of conversations with her or turned the conversation into economic issues, on coal and other economic topics. Another instance, a man struck up a conversation with her in Taylor Bookstore, a known hangout of Ms. Tulk's, until the apparent acts became so extensive, speaking on politics. He stated he worked in political accountability. Later, after Ms. Tulk searched his name online, a LinkedIn account revealed he was a Democrat political strategist.

### PRAYER FOR RELIEF

Based on totality, extent, geographic locations and period of time as previously referred to within this document, experienced by Ms. Tulk's and the extensive sufferings and takings, Ms. Tulk respectfully requests of the court to consider this case as a Class Action, under Federal Rule of Civil Procedure, Rule 23. The basis of the request, as stated is due to the extent of intellectual property of Ms. Tulk's having been spread to ensure a large volume of users, and therefore defendants.

The final remedy prayed for, is for relief for the extent of Copyright Infringement: compensation for the act; removal of Copyright notice by entities who do not own Ms. Tulk's work, and credit to Ms. Tulk, injunctive relief and impounding, attorney fees and costs for the amount of time and cost Ms. Tulk has spent, in addition to the sacrifice of her meager earnings covering the costs, and for compensation of damages for the acts and additional sufferings, (not included in this document), in attempt to cover and hinder Ms. Tulk to fight for her Civil and Other Rights.

_____

Sherry A. Tulk
4307 Kitty Drive
Charlotte, N.C. 28616
304.939.8305
sherr.hlk@gmail.com

| | | |
|---|---|---|
| FORMER GOVERNOR EARL RAY TOMBLIN | GOVERNOR JIM JUSTICE | WEST VIRGINIA FORWARD, AFFILIATES |
| WEST VIRGINIA DEVELOPMENT OFFICE | WV HISTORY MUSEUM & ARTS & CULTURE | WV DEPARTMENT OF TRANSPORTATION |
| WV DEPARTMENT OF TOURISM | WV DEPARTMENT OF TOURISM | WV ATTORNEY GENERAL PATRICK MORRISEY |
| CITY OF CHARLESTON | CHARLESTON MAYOR DALEY | INCOMING CHARLESTON MAYOR AMY GOODWIN |
| CHARLESTON AREA ALLIANCE | WV HEALTH PLAN | CHARLESTON MAIN STREET, ALL AFFILIATES |
| KANAWHA COUNTY DEPARTMENT OF EDUCATION | CABELL COUNTY DEPARTMENT OF EDUCATION | ALL WV COUNTIES – DEPARTMENT OF EDUCATION |
| WEST VIRGINIA DEPARTMENT OF HEALTH | WV VIRGINIA DHHR | WV DEPARTMENT OF HEALTH |
| CABELL DEPARTMENT OF HEALTH | KANAWHA COUNTY DEPARTMENT OF HEALTH | CHARLESTON PLANNING COMMISSION |
| KANAWHA COUNTY PLANNING COMMISSION | CHARLESTON MEDICAL CENTER, ALL AFFILIATES | TAMARACK |
| ATRIUM HEALTH | UNITED HEALTH | CONSERVATION LEGACY |
| WEST VIRGINIANS FOR AFFORDABLE CARE | HEALTHCARE INC., HEALTHCARE.ORG | MOUNT WEST COMMUNITY COLLEGE |
| MARSHALL UNIVERSITY, AFFILIATES | WEST VIRGINIA UNIVERSITY, AFFILIATES | WEST VIRGINIA STATE UNIVERSITY, AFFILIATES |
| BELTONE | SOUTHWESTERN COMMUNITY ACTION COUNCIL, INC., AFFILIATES | UNLIMITED FUTURES, INC., AFFILIATES |
| WEST VIRGINIA PUBLIC LIBRARIES – ALL COUNTIES | ST. FRANCIS HEALTH SYSTEM | YWCA |
| TAYLOR BOOKSTORE | ADELPHIA | CHARLESTON TOWN CENTER MALL |
| UNIVERSITY OF CHARLESTON, AFFILIATES | UNIVERSITY OF CHARLESTON, ENTREPRENEUR CENTER | CITY OF HUNTINGTON |
| CITY OF HUNTINGTON MAYOR STEVE WILLIAMS | CITY OF HUNTINGTON CITY COUNCIL | GENERATION HUNTINGTON |
| HUNTINGTON CITY MISSION | HARMONY HOUSE | CHARLESTON CITY COUNCIL |
| HUNTINGTON INNOVATION PROJECT, AMERICA'S BEST COMMUNITIES | CITY OF HUNTINGTON BUSINESS WIZARD | CITY OF HUNTINGTON PARK'S AND RECREATION DEPARTMENT |
| CITY OF HUNTINGTON CHAMBER OF COMMERCE | HUNTINGTON AREA DEVELOPMENT COUNCIL | HUNTINGTON MUNICIPAL DEVELOPMENT AUTHORITY |
| DISCOVER HUNTINGTON THROUGH CLIO | CABELL HUNTINGTON CENVENTION AND VISITORS BUREAU | WEST VIRGINIA STATE LEGISLATURE |
| UNITED STATES LEGISLATURE | UNITED STATES FEDERAL BUREAU OF INVESTIGATION | THE OBAMA WHITE HOUSE |
| THE TRUMP WHITE HOUSE | PAUL RYAN | FAST ACT, FIXING AMERICA'S SURFACE TRANSPORTATION ACT, H.R.2799 |

| 114TH CONGRESS, (2015 – 2016) | U.S. DEPARTMENT OF TRANSPORTATION | OFFICE OF THE UNDER SECRETARY FOR POLICY, OFFICE OF THE SECRETARY OF TRANSPORTATION |
|---|---|---|
| SECRETARY FOX | REPRESENTATIVE GRIFFITH H. MORGAN, REPUBLICAN | REPRESENTATIVE BEATTY, JOYCE, DEMOCRAT |
| REPRESENTATIVE SENSENBRENNER, F. JAMES, JR., REPUBLICAN | REPRESENTATIVE HARPER, GREGG, REPUBLICAN | REPRESENATTIVE THOMPSON, MIKE, DEMOCRAT |
| REPRESENTATIVE SCOTT, DAVID, DEMOCRAT | AMAZON | FACEBOOK MARKETPLACE, FACEBOOK |
| GOOGLE | JOE MANCHIN | SHELLEY MOORE CAOITO |
| THE DEMOCRAT NATIONAL PARTY | THE REPUBLICAN NATONAL PARTY | WEST VIRGINIA DEMOCRAT PRTY |
| WEST VIRGINIA REPUBLICAN PARTY | LORAIN COUNTY COMMUNITY COLLEGE | PRESIDENT MARSHA BALINGER, LCCC |
| FORMER LCCC PRESIDENT DR. ROY CHURCH | LAURA CARISIMI, LCCC | WORKFORCE INNOVATION & OPPORTUNITY ACT, 2017 – 2018, H.R. 5018 |
| 115TH CONGRESS | WE THE PEOPLE, OBAMA WHITEHOUSE | U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT |
| CITY OF NEW YORK | STATE OF WEST VIRGINIA | GOVERNOR OF NEW JERSEY, CHRIS CHRISTIE |
| CITY OF CHARLESTON DEMOCRAT PARTY | CITY OF HUNTINGTON DEMOCRAT PARTY | CITY OF CHARLESTON REPUBLIC PARTY |
| CITY OF HUNTINGTON REPUBLICAN PARTY | CABELL COUNTY DEMOCRAT PARTY | CABELL COUNTY REPUBLICAN PARTY |
| KANAWHA COUNTY REPUBLICAN PARTY | KANAWHA COUNTY DEMOCRAT PARTY | BRANDON STEELE, CANDIDATE LAWRENCE COUNTY |
| THE METHODIST CHURCH | THE PRESBYTERIAN CHURCH | JCPENNEY |
| ORRICK ANALYTICS | BOBBY WARNER | NERD WALLET |
| GEICO INSURANCE | LIBERTY MUTUAL INSURANCE | MERRYLL LYNCH FINANCIAL |
| SUDDEN LINK | BANK OF AMERICA | AMERICN EXPRESS |
| UNIVERSITY OF PHOENIX | GRAND CANYON UNIVERSITY | GALE UNIVERSITY/COURSES |
| +++ | | |

2