```
              UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF WEST VIRGINIA
                      AT CHARLESTON
```

SHERRY A. TULK,

    Plaintiff,

v.                                  Civil Action No. 2:17-cv-00685

THE DEMOCRATIC NATIONAL
PARTY, et al.,

    Defendants.

## JUDGMENT ORDER

In accordance with the order adopting the magistrate judge's Proposed Findings and Recommendation this day entered in the above-styled civil action, it is ORDERED that the complaint be, and it hereby is, dismissed and stricken from the docket of the court.

The Clerk is directed to forward copies of this order to plaintiff, all counsel of record, and the United States Magistrate Judge.

                                        DATED: February 14, 2020

                                        _____
                                        John T. Copenhaver, Jr.
                                        Senior United States District Judge